# EXHIBIT INDEX TO

# VERIFIED COMPLAINT

| Exhibit | Description |
|---|---|
| 1 | Declaration of Joyce Nez, November 15, 2018 |
| 2 | Declaration of Ashley Atene, November 17, 2018 |
| 3 | Declaration of Dale Smith, November 19, 2018 |
| 4 | Declaration of Denise Johnson, November 17, 2018 |
| 5 | Declaration of Irene Roy, November 18, 2018 |
| 6 | Declaration of Bonnie Tsosie, November 18, 2018 |
| 7 | Letter from Navajo President Russell Begaye and Attorney General Ethel Branch to Apache County Recorder Edison J. Wauneka, August 8, 2018 |
| 8 | Letter from Navajo President Russell Begaye and Attorney General Ethel Branch to Coconino County Recorder Patty Hansen, August 8, 2018 |
| 9 | Letter from Navajo President Russell Begaye and Attorney General Ethel Branch to Navajo County Recorder Doris Clark, August 8, 2018 |
| 10 | Letter from Coconino County Recorder Patty Hansen to Navajo President Russell Begaye and Attorney General Ethel Branch, August 20, 2018 |
| 11 | Letter from Secretary of State Michelle Regan to President Russell Begaye and Attorney General Ethel Branch, August 23, 2018 |
| 12 | Letter from Navajo County Recorder Doris Clark to Navajo President Russell Begaye and Attorney General Ethel Branch, September 10, 2018 |

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

2266891.v1

# EXHIBIT 1

DECLARATION OF JOYCE NEZ

I, Joyce Nez, declare and state as follows:

1.      I have personal knowledge of the facts stated below.

2.      I am an enrolled member of the Navajo Nation.  I am a natural-born citizen of the United States.

3.      I am a resident of Chinle, Arizona and reside on the Navajo Nation Reservation.

4.      I am duly registered to vote in Apache County, Arizona.

5.      I am 81 years old.

6.      I am a fluent Navajo language speaker.

7.      I have voted in county, state, and federal elections, and I intend to continue voting in county, state, and federal elections.

8.      I participated in the early voting process during the 2018 General Election by voting by mail.  I completed my ballot and mailed it back to the county.

9.      I was not advised that I was required to complete a ballot affidavit form.

10.     I believed that I had cast a ballot for the 2018 General Election, and that my vote would be counted.

11.     I was never advised by county officials that there were problems with my ballot.

12.     I am concerned that the ballot I completed for the November 6, 2018 General Election will not count.

13.     I believe that if some voters have the opportunity to correct ballot affidavit deficiencies, all voters should be able to correct ballot affidavit deficiencies.

14.     I would like the opportunity to correct my ballot deficiency.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2018.


Joyce Nez

Declaration of Joyce Nez

## DECLARATION OF TRANSLATOR

I, Neomi M. Gilmore, declare and state as follows:

1.      I am an enrolled member of the Navajo Nation.  I am conversant in the Navajo language and the English language.

2.      I translated the Declaration of Joyce Nez, dated November 15, 2018 into the Navajo language and read it to Joyce Nez, who does not speak English so well. She acknowledged to me that the contents of the Declaration were true to the best of her knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.

Executed on November 20, 2018.

_____
(signature)

Neomi M. Gilmore_____
(printed name)

1

# EXHIBIT 2

DECLARATION OF *ASHLEY ATENE*

I, *ASHLEY ATENE*, declare and state as follows:

1.     I have personal knowledge of the facts stated below.

2.     I am an enrolled member of the Navajo Nation.  I am a natural-born citizen of the United States.

3.     I am a resident of *[County]*, Arizona and reside on the Navajo Nation Reservation.

4.     I am duly registered to vote in *[County]*, Arizona.

5.     I am *65* years old.

6.     I participated in the ~~early~~ voting process during the 2018 General Election by:
    ✓ Voting ~~early~~ in-person at the     *KAYENTA*     ~~Early~~ Voting Location.
    ___ Voting early by mail by depositing my early ballot in the U.S. mail.
    ___ Voting early by dropping off/having my early ballot dropped at a polling location on Election Day.

7.     [I am a Navajo language speaker.]

8.     I was not advised that I was required to complete a ballot affidavit form.

9.     I am concerned that the ballot I completed for the November 6, 2018 General Election will not count.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November *17*, 2018.

_Ashley Atene_
(signature)

*ASHLEY ATENE*
(printed name)

I went in to the Kayenta polling place and turned in my ballot. I asked at the polling place if I was supposed to sign my ballot & the lady said NO.

Ashley Atene

# EXHIBIT 3

## DECLARATION OF DALE SMITH

I, Dale Smith, declare and state as follows:

1.      I have personal knowledge of the facts stated below.

2.      I am an enrolled member of the Navajo Nation.  I am a natural-born citizen of the United States.

3.      I am a resident of Kayenta, Arizona and reside on the Navajo Nation Reservation.

4.      I do not know if I am registered to vote in federal and state elections at my Kayenta address.

5.      I did not vote in the 2018 federal, state, and county general election.

6.      I am 62 years old.

7.      I am a fluent Navajo language speaker and it is my primary language.

8.      I can understand English.

9.      I would like the opportunity to register to vote at an in person voter registration office so that I may ask questions of election officials regarding the voter registration process and to have those questions answered in the Navajo language.

10.     I would have preferred to have the same opportunity to cast an in person early ballot in my community of Kayenta as was available to voters in Holbrook, Arizona and elsewhere in Arizona for the 2018 general election.

11.     I would prefer to have the same opportunity to cast an in person early ballot in my community of Kayenta as is available to voters in Holbrook, Arizona and elsewhere in Arizona for future county, state, and federal elections.

12.     I would prefer to have the opportunity to ask questions of election officials in person regarding the early balloting process and have the opportunity to have those questions answered in the Navajo language.

13.     It is a financial burden for me to travel to Holbrook, Arizona.

14.     Holbrook, Arizona is at least a 346 mile round trip from Kayenta.

15.     The early voting locations in Kayenta were open for 10 hours total for the 2018 general election.

16.     The early voting location in Holbrook, Arizona was open for 162 hours total for the 2018 general election.

17.     There was no in person voter registration office in Kayenta for the last 30 days before the close of voter registration for the federal, state, and county 2018 general election.

18.     I do not have the same opportunities to vote in federal, state, and county elections as other Arizona citizens.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19, 2018.

_____
Dale Smith

# EXHIBIT 4

I Denise Johnson declare and state as follows:

I don't whether I am registered to vote.
I am an enrolled member of the Navajo Nation.
I am a natural born citizen of the U.S.
I am a resident of Apache County and I reside
on the Navajo Nation.
I am 43 years old.
I am a fluent Navajo language speaker.
I think I last voted two years ago.
Because of the burden with voting or going
to vote, I did not vote in the November, 2018
election.
We are in a remote area, so it is a financial
burden to vote.
Pursuant to 28 USC§1746, I declare under
the penalty of perjury under the laws of the
USA that the foregoing is true & correct.
Executed on 17, November, 2018.

_____
signature

Denise Johnson
_____
printed

# EXHIBIT 5

DECLARATION OF _Irene Roy_

I, _Irene Roy_, declare and state as follows:

1.  I have personal knowledge of the facts stated below.

2.  I am an enrolled member of the Navajo Nation.  I am a natural-born citizen of the United States.

3.  I am over 18 years old.

4.  I live in _Sweetwater_ located in Apache County, Arizona and reside on the Navajo Nation Reservation.  My residence is on a dirt road.

5.  I am a fluent Navajo language speaker.

6.  I am

    _____ not registered to vote.

    _✓_ duly registered to vote in _Apache_ **County**, Arizona.

7.  I do not receive mail at my home.

8.  I receive mail at a post office located _35_ from my home.  This post office is only open _M – F_ .

9.  The two county offices that operate early voting and process voter registration are located in Fort Defiance and Chinle.

10.  Fort Defiance is located over 100 miles from the Sweetwater Chapter House, and it takes over two hours to drive to Fort Defiance from Sweetwater.

11.  Chinle is located 66 miles, and it takes over 1 1/2 hours to drive to Chinle from Sweetwater.

12.  [I do not have a car].

13.  I do not have the same access to voting as other Arizona citizens.

_Irene Roy_

1

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2018.

_____
(signature)

_____
(printed name)

2270140.v1

## DECLARATION OF TRANSLATOR

I, Manual Fulton, declare and state as follows:

1.      I am an enrolled member of the Navajo Nation.  I am fully conversant in the Navajo language and the English language.

2.      I translated the Declaration of Irene Roy, dated November 18,  2018 into the Navajo language and read it to Irene Roy,  who does not speak English well.  She acknowledged to me that the contents of the Declaration were true to the best of her knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19th, 2018.

_____
(signature)

_____
(printed name)

1

# EXHIBIT 6

## DECLARATION OF BONNIE TSOSIE

I, BONNIE TSOSIE, declare and state as follows:

1.      I have personal knowledge of the facts stated below.

2.      I am an enrolled member of the Navajo Nation.  I am a natural-born citizen of the United States.

3.      I am over 18 years old.

4.      I live in SWEETWATER located in Apache County, Arizona and reside on the Navajo Nation Reservation.  My residence is 15 miles from a paved road.

5.      I am a fluent Navajo language speaker.

6.      I am not registered to vote in Federal, State, and County elections.

7.      I attempted on several occasions to register and never received the forms to do so.

8.      I do not receive mail at my home.

9.      I receive mail at a post office located 35 miles from my home.  This post office is open _Prior_ M-F _____.

10.     I would register to vote if I could register in person with an election official so that I could ask questions about the voter registration process.

11.     It is a financial burden for me to travel to St. Johns, Arizona.

12.     It is a financial burden for me to travel to Fort Defiance, Arizona or to Chinle, Arizona.

13.     I do not have the same access to voting as other Arizona citizens.

14.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2018.

_____
(signature)

Bonnie Tsosie
(printed name)

# EXHIBIT 7

**THE NAVAJO NATION**   RUSSELL BEGAYE PRESIDENT
JONATHAN NEZ VICE PRESIDENT

*Delivered by E-mail to:* ewauneka@co.apache.az.us

August 8, 2018

Edison J. Wauneka
Apache County Recorder
75 West Cleveland
P.O. Box 425
St. Johns, Arizona 85936

RE: Satellite Voter Registration and Early Voting Offices on the Navajo Nation for the 2018 general election.

Dear Recorder Wauneka:

We write on behalf of the Navajo Nation to request that Apache County establish satellite voter registration offices on the Navajo Nation for the last 30 days of Arizona's voter registration period staffed by temporary county staff. We are happy to work with you to recruit Navajo tribal members to fill these staffing positions. In addition to the Chinle and Fort Defiance locations we request that satellite voter registration offices be established at the following locations on the dates and for the hours noted for each location:

- **Ganado Chapter House, Ganado, AZ:** September 10 to October 8, 2018; Monday through Friday, 8am to 5pm.
- **Na'ha'ta Dziil Chapter House, Sanders, AZ:** September 10 to October 8, 2018; Monday through Friday, 8am to 5pm.
- **Rock Point Chapter House, Rock Point, AZ:** September 10 to October 8, 2018; Monday through Friday, 8am to 5pm.
- **Teec Nos Pos Chapter House, Teec Nos Pos, AZ:** September 10 to October 8, 2018; Monday through Friday, 8am to 5pm.

We also request that Apache County establish satellite early voting offices on the Navajo Nation during the early voting period (from October 10 to November 2, 2018) staffed by temporary county staff. We are happy to work with you to recruit Navajo tribal members to fill these positions as well. We further request that these early voting offices allow for out-of-precinct voting as permitted under Arizona statute A.R.S. § 16-441(B)(4). In addition to the Chinle and Fort Defiance locations we suggest that satellite voter registration offices be established at the following locations on the dates and for the hours noted for each location:

POST OFFICE BOX 7440 / WINDOW ROCK, AZ 86515 / PH: (928) 871-7000 / FAX: (928) 871 4025

- **Ganado Chapter House in Ganado, AZ:** October 10 to November 5, 2018; Monday through Friday, 8am to 5pm.
- **Na'ha'ta Dziil Chapter House in Sanders, AZ:** October 10 to November 5, 2018; Monday through Friday, 8am to 5pm.
- **Rock Point Chapter House in Rock Point, AZ:** October 10 to November 5, 2018; Monday through Friday, 8am to 5pm.
- **Teec Nos Pos Chapter House in Teec Nos Pos, AZ:** October 10 to November 5, 2018; Monday through Friday, 8am to 5pm.

We also request that, for all Election Day poll locations on the Navajo Nation, that you allow for out-of-precinct voting as permitted under Arizona statute A.R.S. § 16-441(B)(4).

Help America Vote Act (HAVA) funds are available to assist in offsetting costs associated with this request. Please let us know if we can assist you in securing these funds.

Thank you for your consideration of this request. Please let us know how you wish to handle this request by August 17, 2018 so that we may work with you to establish these satellite offices for the general election.

Sincerely,

Russell Begaye, President
The Navajo Nation

Ethel Branch, Attorney General
The Navajo Nation

cc:     Edbert Little, Navajo Election Administration Director
        Dr. Joe Shirley, Jr. , Apache County Board of Supervisor, District I
        Alton Joe Shepherd, Apache County Board of Supervisor, District II
        Travis Simshauser, Apache County Board of Supervisor, District III
        Michele Reagan, Arizona Secretary of State
        Mark Brnovich, Attorney General of State of Arizona

# EXHIBIT 8



**THE NAVAJO NATION**

RUSSELL BEGAYE PRESIDENT
JONATHAN NEZ VICE PRESIDENT

*Delivered by E-mail to:* phansen@coconino.az.gov

August 8, 2018

Patty Hansen
Coconino County Recorder
110 E. Cherry Ave.
Flagstaff, AZ 86001

RE: Satellite Voter Registration and Early Voting Offices on the Navajo Nation for the 2018 general election.

Dear Recorder Hansen:

We write on behalf of the Navajo Nation to request that Coconino County establish satellite voter registration offices on the Navajo Nation for the last 30 days of Arizona's voter registration period staffed by temporary County staff. We arc happy to work with you to recruit Navajo tribal members to fill these staffing positions. In addition to the Tuba City location we request that satellite voter registration offices be established at the following locations on the dates and for the hours noted for each location:

- **Leupp Chapter House, Leupp, AZ:** September 10 to October 9, 2018; Monday through Friday, 8am to Noon.
- **Inscription House Chapter House, Inscription House AZ:** September 10 to October 9, 2018; Monday through Friday, 8am to Noon.
- **Cameron Chapter House, Cameron, AZ:** September 10 to October 9, 2018; Monday through Friday, 8am to Noon.

We also request that Coconino County establish satellite early voting offices on the Navajo Nation during the early voting period (from October 10 to November 2, 2018) staffed by temporary County staff. We are happy to work with you to recruit Navajo tribal members to fill these positions as well. We further request that these early voting offices allow for out-of-precinct voting as allowed under Arizona statute A.R.S. § 16-441(B)(4). In addition to the Tuba City location we request that satellite voter registration offices be established at the following locations on the dates and for the hours noted for each location:

- **Leupp Chapter House, Leupp, AZ:** October 10 to November 2, 2018; Monday through Friday, 8am to Noon.
- **Inscription House Chapter House, Inscription House AZ:** October 10 to November 2, 2018; Monday through Friday, 8am to Noon.

- **Cameron Chapter House, Cameron, AZ:** October 10 to November 2, 2018; Monday through Friday, 8am to Noon.

We also request that, for all Election Day poll locations on the Navajo Nation, you allow for out-of-precinct voting as permitted under Arizona statute A.R.S. § 16-441(B)(4).

Help America Vote Act (HAVA) funds are available to assist in offsetting costs associated with this request. Please let us know if we can assist you in securing these funds.

Thank you for your consideration of this request. Please let us know how you wish to handle this request by August 17, 2018 so that we may work with you to establish these satellite offices for the general election.

Sincerely,

Russell Begaye, President
The Navajo Nation

Ethel Branch, Attorney General
The Navajo Nation

cc:  Edbert Little, Navajo Election Administration Director
Art Babbott – Coconino County Board of Supervisor - District 1
Liz Archuleta – Coconino County Board of Supervisor - District 2
Matt Ryan – Coconino County Board of Supervisor - District 3
Jim Parks – Coconino County Board of Supervisor - District 4
Lena Fowler – Coconino County Board of Supervisor - District 5
Michele Reagan, Arizona Secretary of State
Mark Brnovich, Attorney General of State of Arizona

# EXHIBIT 9



## THE NAVAJO NATION



RUSSELL BEGAYE  PRESIDENT
JONATHAN NEZ  VICE PRESIDENT

*Delivered by E-mail to:* doris.clark@navajocountyaz.gov

August 8, 2018

Doris Clark
Navajo County Recorder
P.O. Box 668
100 East Code Talkers Drive
South Highway 77
Holbrook, AZ 86025

> RE: Satellite Voter Registration and Early Voting Offices on the Navajo Nation
> for the 2018 General Election

Dear Recorder Clark:

We write on behalf of the Navajo Nation to request that Navajo County establish satellite voter registration offices on the Navajo Nation for the last 30 days of Arizona's voter registration period staffed by temporary County staff. We are happy to work with you to recruit Navajo tribal members to fill these staffing positions. We request that these satellite voter registration offices be established at the following locations on the dates and for the hours noted for each location:

- **Bashas' at the Pinon Shopping Center, Pinon, AZ**: September 10 to October 9, 2018; Monday through Friday, 8am to 5pm.
- **Bashas' at the Kayenta Shopping Center, Kayenta, AZ**: September 10 to October 9, 2018; Monday through Friday, 8am to 5pm.
- **Bashas' at the Dilkon Shopping Center in Dilkon, AZ**: September 10 to October 9, 2018; Monday through Friday, 8am to 5pm.
- **Shonto Chapter House, Shonto, AZ**: September 10 to October 9, 2018; Monday through Friday 8am to 5pm.

We also request that Navajo County establish satellite early voting offices on the Navajo Nation during the early voting period (from October 10 to November 2, 2018) staffed by temporary County staff. We are happy to work with you to recruit Navajo tribal members to fill these positions as well. We request that the satellite early voting offices be established at the following locations and on the dates and for the hours noted for each location:

Letter to Doris Clark
RE: Satellite Voter Registration and Early Voting Offices on the Navajo Nation for the 2018 General
Election
August 8, 2018
Page 2

- **Bashas' at the Pinon Shopping Center, Pinon, AZ**: October 10 to November 2, 2018;
  Monday through Thursday, 8am to 5pm.
- **Bashas' at the Kayenta Shopping Center, Kayenta, AZ**: October 10 to November 2,
  2018; Monday through Thursday, 8am to 5pm.
- **Bashas' at the Dilkon Shopping Center in Dilkon, AZ**: October 10 to November 2,
  2018; Monday through Thursday, 8am to 5pm.
- **Shonto Chapter House, Shonto, AZ**: October 10 to November 2, 2018; Monday
  through Thursday, 8am to 5pm.

Help America Vote Act (HAVA) funds are available to help assist in offsetting costs associated
with this request. Please let us know if we can assist you in securing these funds.

Thank you for your consideration of this request. Please let us know how you wish to handle
this request by August 17, 2018 so that we may work with you to establish these satellite offices
for the general election.

Sincerely,

Russell Begaye, President
The Navajo Nation

Ethel Branch, Attorney General
The Navajo Nation

cc:    Edbert Little, Navajo Election Administration Director
       Lee Jack Sr., Navajo County Board of Supervisors – District 1
       Jesse Thompson, Navajo County Board of Supervisors – District 2
       Jason E. Whiting, Navajo County Board of Supervisors – District 3
       Steve Williams, Navajo County Board of Supervisors – District 4
       Dawnafe Whitesinger, Navajo County Board of Supervisors – District 5
       Michele Reagan, Arizona Secretary of State
       Mark Brnovich, Attorney General of State of Arizona

# EXHIBIT 10



## Coconino County ARIZONA
### County Recorder



Patty Hansen
*County Recorder*

Donna Casner
*Chief Deputy*

August 20, 2018

Honorable Russell Begaye, President
Ethel Branch, Attorney General
The Navajo Nation
PO Box 7440
Window Rock, AZ 86515

Dear President Begaye and Attorney General Branch:

I am writing to you in response to your letter of August 8, 2018 requesting that our office establish satellite voter registration and early voting offices at three locations on the Navajo Nation. Your desire to provide additional voter registration and early voting opportunities for our Navajo citizens is commendable.

Coconino County recently signed an agreement with the U.S. Department of Justice (DOJ) which requires any new voter registration office, early voting office or polling location that is established after the effective date of the agreement completely comply with the accessibility standards of the Americans with Disabilities Act (ADA). As the agreement was just made earlier this year, the DOJ is allowing us to use facilities that are not in complete compliance for the August 28th Primary and November 6th General Elections. But that comes with the understanding that we will make the noncompliant locations meet the standards for the 2020 elections and that we would not add any new locations that are not in compliance for 2018. Thus, we cannot establish for this election cycle the locations you request.

Nonetheless, the County is looking forward to partnering with the Navajo Nation in 2019 to find a way we can bring our polling places into compliance for the 2020 elections.

In an effort to meet a portion of your request for expanding the voter registration opportunities for our Navajo Nation citizens, I'd like to offer to train the staff members at the three Chapter Houses to do voter registration for us. We have been proud to partner with the Navajo Election Administration during the past several years by having

Coconino County Recorder's Office · 110 East Cherry Avenue · Flagstaff, Arizona 86001 · (928) 679-7860 · FAX (928) 679-7851

our staff members at our Tuba City and Flagstaff Election Offices trained to be Navajo Nation voter registrars for the Navajo Nation elections.  I know our offices were very busy registering Navajo Nation registrants, in addition to our own registrants, during the last week of voter registration for the upcoming August 28th Navajo Nation Primary Election.  If you would like to have us train the Chapter House staff to do voter registration for us, please let me know who the correct people would be so we can schedule the training.

I'd like to share with you the early voting locations that are available to our Navajo voters.  We have an Elections Office in Tuba City on Main Street in the basement of the Tuba City Library, open Monday through Friday from 8:00 am to 5:00 pm (Daylight Savings time) through November 14, 2018.  We also have early voting available at the Page City Hall that is open Monday through Thursday, 7:00 am to 5:30 pm (Arizona time).

This year we were able to open a temporary Elections Office at the Flagstaff Mall on the east side of Flagstaff.  It is open 10:00 am to 5:00 pm Monday through Friday until November 14, 2018.  One of the reasons we wanted to open the Flagstaff Mall location was to make it more convenient for our Navajo voters.  A large number of Navajo voters work and shop in Flagstaff so we are hopeful will make it easier for them to get to this office instead of having to travel to our downtown office.

Opening a temporary elections office at the Flagstaff Mall took a great deal of time, resources and planning.  Elections security is something we take very seriously to ensure the integrity of our elections.  We had to have our own internet network installed and put other security features put in place to ensure the voting equipment and ballots at the Flagstaff Mall office were secure.  The Flagstaff Mall has 24-hour security onsite so that adds another level of security to that location.

You have requested that all of our Election Day polling locations allow for out-of-precinct voting.  Unfortunately, we do not have the capability of having multiple-precinct voting for all of our polling places for the 2018 General Election.  We will be purchasing new voting equipment in 2019 which would make this request possible for the 2020 elections.

For the 2018 elections we are able to have three vote centers.  The vote centers are an additional option for voters that may find it more convenient than voting at their precinct-assigned polling place.  Voters will be able to choose if they want to vote at their precinct-assigned polling place or vote at one of the vote centers.  The three vote centers are:  the Tuba City High School, Tuba City; the Flagstaff Mall; and the NAU Walkup Skydome, Flagstaff.

Your letter also mentioned that you are aware of Help America Vote Act (HAVA) funds that are available to offset costs for establishing satellite voter registration and early

voting sites. Our Secretary of State has told the County Recorders that all of our HAVA funds have been spent. The only new HAVA funds that I have heard are available are for cybersecurity for the state voter registration system and voting equipment. Secretary of State Reagan has implied that she is not going to make any these new funds available to the counties for our security needs. I would appreciate it if you would assist us in obtaining the HAVA funding that you mention in your letter.

I am looking forward to partnering with the Navajo Nation and the Navajo Chapter officials in our County during 2019 to expand voting opportunities and ensuring that all of polling places meet the ADA requirements. If you have any questions, please do not hesitate to contact me.

Sincerely,

Patty Hansen
Coconino County Recorder

cc:     Edbert Little, Navajo Election Administration Director
        Art Babbott, Coconino County Supervisor – District 1
        Elizabeth "Liz" Archuleta, Coconino County Supervisor – District 2
        Matt Ryan, Coconino County Supervisor – District 3
        Jim Parks, Coconino County Supervisor – District 4
        Lena Fowler, Coconino County Supervisor – District 5
        Michele Reagan, Arizona Secretary of State
        Mark Brnovich, Attorney General of State of Arizona
        Bill Ring, Coconino County Attorney
        James Jayne, Coconino County Manager

# EXHIBIT 11



**MICHELE REAGAN**
*Secretary of State*
*State of Arizona*

August 23, 2018



The Honorable Russell Begaye, President
The Honorable Ethel Branch, Attorney General
The Navajo Nation
PO Box 7440
Window Rock, Arizona 86515

Dear President Begaye and General Branch:

I write in regards the letter you received from the Coconino County Recorder, dated August 20, 2018. In that letter it was indicated that the Secretary of State's Office was not going to make any Help America Vote Act ("HAVA") funds available to Arizona's counties to enhance their election security. That statement is incorrect.

The United States Congress passed the HAVA in 2002. From time to time the Congress has appropriated funds to the Election Assistance Commission for distribution to the states, in the form of matching grants, to advance the objectives of HAVA. Here in Arizona, the counties together with the Secretary of State's Office, initially focused most of this funding on acquiring new voting equipment. Subsequently, State and county election officials have used HAVA funding to maintain a single, statewide, electronic voter registration system. It is an accurate statement to say that all HAVA funding received by Arizona prior to 2018 has or will be exhausted by the end of FY19.

We take the reference in your letter to the Recorder of August 8, regarding the availability of HAVA funds to support the plans you articulated, to mean new Federal grant dollars. In March of this year the Congress did appropriate new HAVA funds and Arizona's share totals $7.4 million. As this is a grant program with a requirement for a five percent state contribution ($340,000) a total of $7.8 million in new dollars was available in Arizona's HAVA account at the end of the fiscal year.

Please be aware that *all* funds in the HAVA account are subject to State Legislative oversight and appropriation. Before the Secretary of State's Office may use any HAVA funds for any purpose it must submit a plan to the Joint Legislative Budget Committee ("JLBC") for their review, amendment and approval. In June of this year the Secretary of State presented JLBC with an initial spending plan for FY19. The approved spending plan authorized disbursing approximately $2 million to complete the acquisition of a new, much more secure, statewide voter registration system as well as approximately $400,000 for the Secretary's Office to undertake a comprehensive cyber risk and security assessment of the State's systems associated with voting. After that spending is complete there remains approximately $5 million in the

President Russell Begaye
Attorney General Ethel Branch
August 23, 2018
Page 2


HAVA account. I expect, and I have told Arizona's counties, that most of this balance can and should be sent to counties to enhance their own election security needs.

A pending issue is how these funds should be allocated among the counties. If we were to allocate funding amongst counties according to their percentage of voters Maricopa and Pima would claim the bulk of the funds. Alternatively we could provide the funds to counties on a grant-type basis where those with the greatest need could receive somewhat more funds than those counties whose larger populations provide them with more funds already. The mechanism for distributing HAVA funds to the counties is a matter that county officials and I are continuing to discuss.

The Secretary of State provides the Federal Elections Assistance Commission with periodic reports concerning HAVA spending. A copy of the most recent report is enclosed. I think the key number is that there remains $5,080,335 left in the account. Spending any of these funds requires presentation of a plan to JLBC and their concurrence in the plan. I urge you to continue to work with the various county election officials that provide election services to the Nation to identify projects appropriate for the HAVA program that could benefit all voters in your communities.

Sincerely,

Michele Reagan
Secretary of State


Enclosure

cc:    Edbert Little, Navajo Election Administration Director
       Art Babbott, Supervisor District 1
       Elizabeth Archulette, Supervisor District 2
       Matt Ryan, Supervisor District 3
       Jim Parks, Supervisor District 4
       Lena Fowler, Supervisor District 5
       Mark Brnovich, Attorney General of Arizona
       Patti Hansen, Coconino County Recorder
       Bill Ring, Coconino County Attorney
       Jimmy Jayne, Coconino County Manager

# Arizona

## 2018 HAVA Election Security Funds



**Michele Reagan**
Arizona Secretary of State
1700 West Washington Street
7th Floor
Phoenix, Arizona 85007
Toll-Free : 1-877-THE VOTE
Office: 1-602-542-8683
Fax: 602-542-6172
Email: elections@azsos.gov
Website: www.azsos.gov

*Arizona: 2018 HAVA Election Security Funds*

## Letter from Secretary Reagan

Election security and integrity have been the top priority for my administration and the hard work to update outdated systems has already begun. In November of 2017, a contract was issued to Sutherland Government Solutions, Inc. for the acquisition of a new statewide voter registration database ("AVID") that will replace our currently aging system ("VRAZII") on or before June 30, 2019. This new system will employ the most current security protocols. It will be hosted in the same environment that banks and the US Military maintain essential data. This shift maintains the highest level of integrity of the voter rolls in Arizona while still having the ability to grow as needs shift.

We live in a connected, albeit wireless, world. It's a world of great convenience but each new convenience creates new security risks and vulnerabilities. Arizona has utilized a portion of the new funding to undertake a comprehensive, industry standard evaluation of our entire IT network. Given that we are only as strong as our weakest link, we intend to release this wide ranging survey to the public to heighten their confidence in the results of any election.

Election security, regardless of the medium, is a culture that needs to be championed from the highest election official to the newest poll worker. Locally, the Department of State works closely with the fifteen counties of Arizona to help foster that culture of security. The human element is the largest unknown factor in any cyber security plan and providing ongoing training and forums for information sharing is a long-term goal. The bulk of Arizona's additional HAVA dollars will go towards training and process enhancement to further strengthen our culture of security.

Sincerely,

*Michele Reagan*

Michele Reagan
Arizona Secretary of State

{ *Arizona: 2018 HAVA Election Security Funds* }

# Grant Funding Information
Amount of Award: $7,463,675.
Matching Funds: $373,184
Timeframe for Usage: 5 years

## Immediate Improvement Plans

### Voter Registration Database

Arizona began the acquisition of a new statewide voter registration database which ended in the award of a contract in November of 2017. The contract was issued to Sutherland Government Solutions, Inc. for the acquisition of a new statewide voter registration database ("AVID") that will replace our currently aging system ("VRAZII") on or before June 30, 2019. We will be using the grant funds to finance the purchase (or implementation) of the new system. The RFP focused on correcting user and security issues found during a current state assessment and future state assessment based on use cases gathered. A comprehensive security assessment of the proposed system has resulted in approval from outside consultants and the Arizona Department of Administration Strategic Enterprise Technology team. While technology is ever changing, the new AVID system will be adapt enough to meet the current needs of our county users and registered voters while maintaining the most robust security protocols.

### Cyber Security

Security Assessment
The Arizona Secretary of State's Office has recently entered into an agreement to undergo an assessment of current IT infrastructure focusing on critical election systems. The deliverables include a public facing document (The Arizona Election Security Plan) that outlines best practices, engagement and training plans, and an incident response plan. The private facing document (STA Security Plan) will discuss remediation of found issues and an improvement plan that includes security controls and policies. The evaluation started on July 9, 2018 will be completed in mid-August and will provide a framework for future spending.

Information Sharing
The Department has begun the process of information sharing to help the fifteen counties of Arizona understand the multitude of security threats. Opening the communication channels and creating a culture of support is a vital task to ensure the same strong standards are used throughout the state. Bi-weekly meetings are led by experienced staff and include county election and recorder office staff as well as county IT personnel. Each call focuses on core issues that invoke discussion which produce best practices to be shared. The end goal of these meetings is to provide recommendations to election leadership on how to improve the process from ballot handling to IT infrastructure.

*Arizona: 2018 HAVA Election Security Funds*

## Long Term Improvements

### Cyber Security

**Sub-Grants**

The Department is developing a new process, that will have significant county involvement, in deciding sub-grant awards within the framework of HAVA of 2002. This involvement includes the development of grant priorities, review of proposals, ongoing tracking, and ensuring completion of projects. The main focus of all sub-grants will be shoring up the security of elections. Each county in the state of Arizona is at different phases of IT and election security and by using a sub-grant process, each is allowed to focus on their individual needs while still allowing attention to oversight and guidance. A sub-grant process also allows for the combination of needs to generate buying power by leveraging quantity. It is also the hope that through the evaluation process, ideas and information is shared to create discussion points for the best practices of the state.

**Security Personnel**

The Department is in the process of creating a new position to the Secretary of State's Office that will be tasked with maintaining and understanding the state and county positions on elections security. There is a lot of information that is disseminated from the federal government down that this employee will help filter and distribute. The new position will work on best election security practices, hold roundtable exercises, lead the bi-weekly security updates, and be a resource for all of our stakeholders. Cybersecurity is a never ending mission that requires dedicated resources.

## Budgets

### JLBC Review Process

The Arizona Legislature requires that any spending of HAVA funds be approved by the Joint Legislative Budget Committee ("JLBC"). This process allows for a bi-partisan review and public comment on spending outside of the standard legislative cycle. On June 19, 2018, the Department presented a spending plan (Approved Spending Plan on page 5) and received favorable review. The Department plans on testifying before JLBC as more decisions are made in regards to spending of these funds throughout the 5 year spending cycle. In anticipation of the matching requirement, the Department has already started making preparations to spend 50% of the required match ($186,592) in fiscal year 2019 and the second half in fiscal year 2020. JLBC does not provide oversight, past the standard budgetary approval cycle, on general fund spending for the Department.

{ *Arizona: 2018 HAVA Election Security Funds* }

Approved Spending Plan

## 2018 HAVA ELECTION SECURITY GRANT

| **Budget Information** | | | | | | | | CFDA #90.404 | | **Non-Construction Program** |

**Name of Organization:** Arizona Department of State

**Budget Period Start:** 3/23/2018   SECTION A - BUDGET SUMMARY   *(Consolidated Budget for total project term—*

**Budget Period End:** 12/31/2018   FEDERAL & NON-FEDERAL FUNDS (Match)   *up to 5 years as defined by grantee)*

| BUDGET CATEGORIES | (a) Voting Equipment | (b) Election Auditing | (c) Voter Registration Systems | (d) Cyber Security | (e) Communications | (f) Other | (g) Other | TOTALS | % Fed Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PROGRAM CATEGORIES | | | | | |
| 1. PERSONNEL (including fringe) | $ - | $ - | | $ 39,915.60 | $ - | | | $ 39,915.60 | 2% |
| 2. EQUIPMENT | $ - | $ - | | $ - | $ - | | | $ - | 0% |
| 3. SUBGRANTS- to local voting jurisdictions | $ - | $ - | | $ - | $ - | | | $ - | 0% |
| 4. TRAINING | $ - | $ - | | $ - | $ - | | | $ - | 0% |
| 5. All OTHER COSTS | $ - | $ - | $ 2,165,936.03 | $ 380,000.00 | $ - | | | $ 2,545,936.03 | 98% |
| 6. TOTAL DIRECT COSTS (1-6) | $ - | $ - | $ 2,165,936.03 | $ 419,915.60 | $ - | $ - | $ - | $ 2,585,851.63 | |
| 7. INDIRECT COSTS (if applied) | | | | | | | | $ - | 0% |
| 8. Total Federal Budget | $ - | $ - | $ 2,165,936.03 | $ 419,915.60 | $ - | $ - | $ - | $ 2,585,851.63 | |
| 11. Non-Federal Match | $ - | $ - | $ 102,636.03 | | $ - | | | $ 102,636.03 | |
| 12. Total Program Budget | $ - | $ - | $ 2,268,572.06 | $ 419,915.60 | $ - | $ - | $ - | $ 2,688,487.66 | |
| 13. Percentage By Category | 0% | 0% | 84% | 16% | 0% | 0% | 0% | | |

**Proposed State Match**   4.0%

A. Do you have an Indirect Cost Rate Agreement approved by the Federal government or some other non-federal entity?   No
If yes, please provide the following information:

B. Period Covered by the Indirect Cost Rate Agreement (mm/dd/yyyy-mm/dd/yyyy):   N/A

C. Approving Federal agency:   N/A

D. If other than Federal agency, please specify:   N/A

E. The Indirect Cost Rate is:   N/A

*Arizona: 2018 HAVA Election Security Funds*

5 Year Spending Projections

## 2018 HAVA ELECTION SECURITY GRANT

**Budget Information**     CFDA # 90.404     Non-Construction Program

| **Name of Organization:** | Arizona Department of State | | | | | | |
|---|---|---|---|---|---|---|---|
| **Budget Period Start:** | 3/23/2018 | SECTION A - | **BUDGET SUMMARY** | | *(Consolidated Budget for total project term--* | | |
| **Budget Period End:** | 6/30/2023 | | FEDERAL & NON-FEDERAL FUNDS (Match) | | *up to 5 years as defined by grantee)* | | |

| BUDGET CATEGORIES | (a) Voting Equipment | (b) Election Auditing | (c) Voter Registration Systems | (d) Cyber Security | (e) Communications | (f) Other | (g) Other | TOTALS | % Fed Total |
|---|---|---|---|---|---|---|---|---|---|
| 1. PERSONNEL (including fringe) | $ - | $ - | | $ 610,665.60 | $ - | | | $ 610,665.60 | 8% |
| 2. EQUIPMENT | $ - | $ - | | $ 105,000.00 | $ - | | | $ 105,000.00 | 1% |
| 3. SUBGRANTS- to local voting jurisdictions | $ - | $ - | | $ 3,391,521.83 | $ - | | | $ 3,391,521.83 | 45% |
| 4. TRAINING | $ - | $ - | | $ 81,500.00 | $ - | | | $ 81,500.00 | 1% |
| 5. All OTHER COSTS | $ - | $ - | $ 2,653,887.57 | $ 621,100.00 | $ - | | | $ 3,274,987.57 | 44% |
| 6. TOTAL DIRECT COSTS (1-6) | $ - | $ - | $ 2,653,887.57 | $ 4,809,787.43 | $ - | $ - | $ - | $ 7,463,675.00 | |
| 7. INDIRECT COSTS (if applied) | | | | | | | | $ - | 0% |
| 8. Total Federal Budget | $ - | $ - | $ 2,653,887.57 | $ 4,809,787.43 | $ - | $ - | $ - | $ 7,463,675.00 | |
| 11. Non-Federal Match | $ - | $ - | $ 102,636.03 | $ 270,547.97 | $ - | | | $ 373,184.00 | |
| 12. Total Program Budget | $ - | $ - | $ 2,756,523.60 | $ 5,080,335.40 | $ - | $ - | $ - | $ 7,836,859.00 | |
| 13. Percentage By Category | 0% | 0% | 36% | 64% | 0% | 0% | 0% | | |

**Proposed State Match**    5.0%

A. Do you have an Indirect Cost Rate Agreement approved by the Federal government or some other non-federal entity?     No
If yes, please provide the following information:

B. Period Covered by the Indirect Cost Rate Agreement (mm/dd/yyyy-mm/dd/yyyy):     N/A

C. Approving Federal agency:     N/A

D. If other than Federal agency, please specify:     N/A

E. The Indirect Cost Rate is:     N/A

# EXHIBIT 12

100 E Code Talkers Dr.
Po Box 668
Holbrook, AZ 86025



Document Recording: (928) 524-4194
Voter Registration: (928) 524-4192
Fax: (928) 524-4308

**Doris Clark**
Navajo County Recorder

**Lilene Sanchez**
Navajo County Chief Deputy Recorder

Delivered by E-Mail to:  mgarnenez@nndoj.org

September 10, 2018

Honorable Russell Begaye, President
Ethel Branch, Attorney General
The Navajo Nation
PO Box 7440
Window Rock, AZ  86515

Dear President Begay and Attorney General Branch:

This letter is in response to your request for satellite voter registration and early voting offices on the Navajo Nation for the 2018 General Election.

I apologize for the late reply we have been dealing with petition challenges, court proceedings in Phoenix the week before the Primary Election.  We just canvassed the election on Thursday, Sept. 6th.

Thank you for your interest in the election process on the Navajo Nation.  We have doubled our EV locations and have registration forms located at every chapter house with chapter personnel there to assist voters if they should need help.

To have early voting sites for days and weeks in a row, we would need a vault to secure the ballots. Ballot security is a priority to us.

I have enclosed our Early Voting schedule for the 2018 General Election.  You may contact me at (928) 524-4191 or doris.clark@navajocountyaz.gov

Sincerely,

Doris Clark
Navajo County Recorder

We Are Navajo County

www.navajocountyaz.gov





# NAVAJO COUNTY
# EARLY VOTING SITES
# 2018 NOVEMBER 06 GENERAL

| | | |
|---|---|---|
| Kayenta Flea Market (South of Chevron Gas Station Hwy 160) | Wednesday, October 10, 2018 | 10:00 am—3:00 pm (DST) |
| Dilkon Flea Market  (West of Bashas NR 15) | Thursday October 11, 2018 | 10:00 am—3:00 pm (DST) |
| Pinon Bashas Shopping Center  (NR 4 & NR 41) | Friday October 12, 2018 | 10:00 am—3:00 pm (DST) |
| Shonto Chapter House  (South NR 6320 & NR 221) | Monday October 15, 2018 | 10:00 am—3:00 pm (DST) |
| Showlow (City Hall Conference Room) 180 n 9th St | Monday October 15th—October 19th 2018 | 10:00 am—3:00 pm (MST) |
| Heber (Mogollon Navajo County Complex) 2188 Country Club Dr | Tuesday October 16, 2018 | 10:00 am—3:00 pm (MST) |
| Hopi Elections Office (Junction of NR 2  & Hwy 264) | Thursday October 18, 2018 | 10:00 am—12:00 pm (MST) |
| Hopi Circle M Store (West of Hwy 264 in Polacca) | Thursday October 18, 2018 | 1:00 pm —3:00 pm (MST) |
| Kayenta Bashas Shopping Center (North on Hwy 160) | Friday October 19, 2018 | 10:00 am—3:00 pm (DST) |
| Pinon Flea Market (West of Pinon Chapter) | Saturday October 20, 2018 | 10:00 am—3:00 pm (DST) |
| Dilkon Flea Marker (West of Bashas NR 15) | Sunday October 21, 2018 | 10:00 am—3:00 pm (DST) |
| Shonto Chapter House (South of NR 6320 & NR 221) | Monday October 22, 2018 | 10:00 am—3:00 pm (DST) |
| Cibecue Community Center Parking Lot  (West of Cromwell Rd) | Tuesday October 23, 2018 | 10:00 am—3:00 pm (MST) |
| Whiteriver Bashas Parking Lot (South Chief Ave & Ponderosa St) | Wednesday October 24, 2018 | 10:00 am—3:00 pm (MST) |
| Holbrook Recorders Office (100 E Code Talkers Drive) | Monday—Friday October 10 to November 02, 2018 | 8:00 am—5:00 pm (MST) |