Patty A. Ferguson (SBN 020996)
Patty.Ferguson@SacksTierney.com
Judith M. Dworkin (SBN 010849)
Judith.Dworkin@SacksTierney.com
Joe W. Keene (SBN 032623)
Joe.Keene@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone:  480.425.2600

Ethel B. Branch (No. 026717)
ebranch@nndoj.org
Paul Spruhan (No. 02513)
pspruhan@nndoj.org
Navajo Nation Dept. of Justice
P.O. Drawer 2010
Window Rock, Arizona 86515
Telephone: (928) 871-6210
Facsimile: (928) 871-6177

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation, a federally recognized Indian Tribe, Joyce Nez, an individual, Denise Johnson, an individual; Ashley Atene Sr., an individual; Irene Roy, an individual; Bonnie Tsosie, an individual; and Dale Smith, an individual__,<br><br>                     Plaintiffs,<br><br>    v.<br><br>Michele Reagan, in her official capacity as Secretary of State for the State of Arizona; Edison J. Wauneka, in his official capacity as Apache County Recorder; Angela Romero in her official capacity as Apache County Elections Director; Doris Clark in her official capacity as Navajo County Recorder, Rayleen Richards, in her official capacity as Navajo County Elections Director; Mark Mayrand in his official capacity as Coconino County Elections Director; and Patty Hansen, in her official capacity as Coconino County Recorder,<br><br>                     Defendants. | No.  CV-18-08329-PCT-DWL<br><br>**PLAINTIFFS' MOTION TO WITHDRAW EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND TO VACATE HEARING SET FOR NOVEMBER 26, 2018.** |

2273632.v2

Plaintiffs Navajo Nation, on its own behalf and on behalf of its members, and Joyce Nez and Ashley Atene, Sr. request leave of Court to withdraw its Emergency Motion for Temporary Restraining Order and Motion to Set Hearing on Preliminary Injunction ("TRO Motion"), Doc. 2, filed on Tuesday, November 20, 2018 and request that the hearing on the TRO Motion, set for November 26, 2018 (*See* Doc. 11), be vacated.  In support of this Motion, Plaintiffs respectfully state:

1. Since the filing of the TRO Motion, the Navajo Nation has been in communication with the Navajo County Attorney's Office, Coconino County Attorney's Office, and the Apache County Attorney's Office regarding the obstacles to voting experienced by Navajo voters and identified in the Plaintiffs' Verified Complaint for Injunctive and Declaratory Relief (the "Complaint").

2. Representatives of each of the three Defendant Counties have agreed to work with the Navajo Nation to resolve the voting problems faced by Navajo Nation members and to seek to settle the issues raised in the Complaint.

3. The Navajo Nation has advised a representative of each of the Navajo County Attorney's Office, Coconino County Attorney's Office, and the Apache County Attorney's Office that it intends to request leave to withdraw the TRO Motion and vacate the hearing, and none of the Defendant Counties objects.

4. The Navajo Nation has similarly advised by email the Assistant Attorney General for the State of Arizona of its intention to request leave to withdraw its TRO Motion and vacate the hearing.

5. The Plaintiffs intend to pursue the claims in its Complaint but will work with the Defendant parties to reach a settlement.

WHEREFORE, Plaintiffs request that the Court grant the Plaintiffs Motion to withdraw the TRO and vacate the November 26, 2018 Hearing.

2273632.v2

DATED this 25th day of November, 2018.

                              SACKS TIERNEY P.A.

By:  *s/Patty A. Ferguson*
     Patty A. Ferguson
     Judith M. Dworkin
     Joe W. Keene

     and

     Ethel B. Branch
     Paul Spruhan
     NAVAJO NATION DEPARTMENT OF JUSTICE

*Attorneys for the Navajo Nation*

3

2273632.v2

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2018, I electronically transmitted the foregoing **PLAINTIFFS' MOTION TO WITHDRAW EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND TO VACATE HEARING SET FOR NOVEMBER 26, 2018** to the Clerk's Office using the CM/ECF System for filing.

*s/Rebecca C. Urias*

2273632.v2