# EXHIBIT INDEX TO
# AMENDED COMPLAINT

| Exhibit | Description |
|---------|-------------|
| 1 | Maricopa County Superior Court Order re "cure" date for early ballots, November 9, 2018 |
| 2 | Declaration of Joyce Nez, November 15, 2018 |
| 3 | Declaration of Ashley Atene, November 17, 2018 |
| 4 | Declaration of Dale Smith, November 19, 2018 |
| 5 | Declaration of Denise Johnson, November 17, 2018 |
| 6 | Declaration of Irene Roy, November 18, 2018 |
| 7 | Declaration of Bonnie Tsosie, November 18, 2018 |
| 8 | *Maricopa County Republican Party v. Reagan,* Joint Stipulation |
| 9 | Letter from Navajo President Russell Begaye and Attorney General Ethel Branch to Apache County Recorder Edison J. Wauneka, August 8, 2018 |
| 10 | Letter from Navajo President Russell Begaye and Attorney General Ethel Branch to Coconino County Recorder Patty Hansen, August 8, 2018 |
| 11 | Letter from Navajo President Russell Begaye and Attorney General Ethel Branch to Navajo County Recorder Doris Clark, August 8, 2018 |
| 12 | Letter from Coconino County Recorder Patty Hansen to Navajo President Russell Begaye and Attorney General Ethel Branch, August 20, 2018 |
| 13 | Letter from Secretary of State Michelle Regan to President Russell Begaye and Attorney General Ethel Branch, August 23, 2018 |
| 14 | Letter from Navajo County Recorder Doris Clark to Navajo President Russell Begaye and Attorney General Ethel Branch, September 10, 2018 |
| 15 | Coconino County Early Voting Sites |
| 16 | Apache County Early Voting Sites |

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

Exhibit 1

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MARICOPA COUNTY REPUBLICAN PARTY, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>MICHELE REAGAN, in her official capacity as Arizona Secretary of State, et al.,<br><br>       Defendants. | No. CV2018-013963<br><br>**ORDER**<br><br>*(Assigned to Hon. Margaret R. Mahoney)* |

Pursuant to the Parties' agreement on the record in open court today,

**IT IS HEREBY ORDERED** as follows:

The County Recorder Defendants must permit voters to "cure" early ballots until 5:00 p.m. on **Wednesday, November 14, 2018.** "Cure" means the same governmental acts taken prior to the general election to allow a voter to confirm their early ballot vote.


SO ORDERED this 9th day of November, 2018.


Honorable Margaret R. Mahoney
Judge, Maricopa County Superior Court

Exhibit 2

## DECLARATION OF JOYCE NEZ

I, Joyce Nez, declare and state as follows:

1.     I have personal knowledge of the facts stated below.

2.     I am an enrolled member of the Navajo Nation.  I am a natural-born citizen of the United States.

3.     I am a resident of Chinle, Arizona and reside on the Navajo Nation Reservation.

4.     I am duly registered to vote in Apache County, Arizona.

5.     I am 81 years old.

6.     I am a fluent Navajo language speaker.

7.     I have voted in county, state, and federal elections, and I intend to continue voting in county, state, and federal elections.

8.     I participated in the early voting process during the 2018 General Election by voting by mail.  I completed my ballot and mailed it back to the county.

9.     I was not advised that I was required to complete a ballot affidavit form.

10.     I believed that I had cast a ballot for the 2018 General Election, and that my vote would be counted.

11.     I was never advised by county officials that there were problems with my ballot.

12.     I am concerned that the ballot I completed for the November 6, 2018 General Election will not count.

13.     I believe that if some voters have the opportunity to correct ballot affidavit deficiencies, all voters should be able to correct ballot affidavit deficiencies.

14.     I would like the opportunity to correct my ballot deficiency.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2018.


Joyce Nez

Declaration of Joyce Nez

Exhibit 3

DECLARATION OF *Ashley Atene*

I, *Ashley Atene*, declare and state as follows:

1. I have personal knowledge of the facts stated below.

2. I am an enrolled member of the Navajo Nation. I am a natural-born citizen of the United States.

3. I am a resident of *[County]*, Arizona and reside on the Navajo Nation Reservation.

4. I am duly registered to vote in *[County]*, Arizona.

5. I am *65* years old.

6. I participated in the ~~early~~ voting process during the 2018 General Election by:
   ✓ Voting ~~early~~ in-person at the *KAYENTA* ~~Early~~ Voting Location.
   ___ Voting early by mail by depositing my early ballot in the U.S. mail.
   ___ Voting early by dropping off/having my early ballot dropped at a polling location on Election Day.

7. [I am a Navajo language speaker.]

8. I was not advised that I was required to complete a ballot affidavit form.

9. I am concerned that the ballot I completed for the November 6, 2018 General Election will not count.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November *17*, 2018.

_Ashley Atene_
(signature)

*ASHLEY ATENE*
(printed name)

I went in to the Kayenta polling place and turned in my ballot. I asked at the polling place if I was supposed to sign my ballot + the lady said No.

Ashley Atene

Exhibit 4

## DECLARATION OF DALE SMITH

I, Dale Smith, declare and state as follows:

1.    I have personal knowledge of the facts stated below.

2.    I am an enrolled member of the Navajo Nation. I am a natural-born citizen of the United States.

3.    I am a resident of Kayenta, Arizona and reside on the Navajo Nation Reservation.

4.    I do not know if I am registered to vote in federal and state elections at my Kayenta address.

5.    I did not vote in the 2018 federal, state, and county general election.

6.    I am 62 years old.

7.    I am a fluent Navajo language speaker and it is my primary language.

8.    I can understand English.

9.    I would like the opportunity to register to vote at an in person voter registration office so that I may ask questions of election officials regarding the voter registration process and to have those questions answered in the Navajo language.

10.    I would have preferred to have the same opportunity to cast an in person early ballot in my community of Kayenta as was available to voters in Holbrook, Arizona and elsewhere in Arizona for the 2018 general election.

11.    I would prefer to have the same opportunity to cast an in person early ballot in my community of Kayenta as is available to voters in Holbrook, Arizona and elsewhere in Arizona for future county, state, and federal elections.

12.    I would prefer to have the opportunity to ask questions of election officials in person regarding the early balloting process and have the opportunity to have those questions answered in the Navajo language.

13.    It is a financial burden for me to travel to Holbrook, Arizona.

14.    Holbrook, Arizona is at least a 346 mile round trip from Kayenta.

15.    The early voting locations in Kayenta were open for 10 hours total for the 2018 general election.

16.    The early voting location in Holbrook, Arizona was open for 162 hours total for the 2018 general election.

17.     There was no in person voter registration office in Kayenta for the last 30 days before the close of voter registration for the federal, state, and county 2018 general election.

18.     I do not have the same opportunities to vote in federal, state, and county elections as other Arizona citizens.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19, 2018.

_____
Dale Smith

Exhibit 5

I, Denise Johnson declare and state as follows:

I don't whether I am registered to vote.
I am an enrolled member of the Navajo Nation.
I am a natural born citizen of the U.S.
I am a resident of Apache County and I reside on the Navajo Nation.
I am 43 years old.
I am a fluent Navajo language speaker.
I think I last voted two years ago.
Because of the burden with voting or going to vote, I did not vote in the November, 2018 election.
We are in a remote area, so it is a financial burden to vote.

Pursuant to 28 USC§1746, I declare under the penalty of perjury under the laws of the USA that the foregoing is true & correct.

Executed on 17, November, 2018.

_____
signature

Denise Johnson
printed

Exhibit 6

DECLARATION OF _Irene Roy_

I, _Irene Roy_, declare and state as follows:

1.    I have personal knowledge of the facts stated below.

2.    I am an enrolled member of the Navajo Nation. I am a natural-born citizen of the United States.

3.    I am over 18 years old.

4.    I live in _Sweetwater_ located in Apache County, Arizona and reside on the Navajo Nation Reservation. My residence is on a dirt road.

5.    I am a fluent Navajo language speaker.

6.    I am

       _____ not registered to vote.

       ✓ duly registered to vote in _Apache_ County, Arizona.

7.    I do not receive mail at my home.

8.    I receive mail at a post office located _35_ from my home. This post office is only open _M — F_.

9.    The two county offices that operate early voting and process voter registration are located in Fort Defiance and Chinle.

10.    Fort Defiance is located over 100 miles from the Sweetwater Chapter House, and it takes over two hours to drive to Fort Defiance from Sweetwater.

11.    Chinle is located 66 miles, and it takes over 1 1/2 hours to drive to Chinle from Sweetwater.

12.    [I do not have a car].

13.    I do not have the same access to voting as other Arizona citizens.

_Irene Roy_

2270140.v1

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2018.

_____
(signature)

_____
(printed name)

2

# DECLARATION OF TRANSLATOR

I, Manual Fulton, declare and state as follows:

1.    I am an enrolled member of the Navajo Nation.  I am fully conversant in the Navajo language and the English language.

2.    I translated the Declaration of Irene Roy, dated November 18,  2018 into the Navajo language and read it to Irene Roy,  who does not speak English well.  She acknowledged to me that the contents of the Declaration were true to the best of her knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November _19th_, 2018.

_____
(signature)

_____
(printed name)

1

Exhibit 7

# DECLARATION OF BONNIE TSOSIE

I, BONNIE TSOSIE, declare and state as follows:

1.    I have personal knowledge of the facts stated below.

2.    I am an enrolled member of the Navajo Nation.  I am a natural-born citizen of the United States.

3.    I am over 18 years old.

4.    I live in SWEETWATER located in Apache County, Arizona and reside on the Navajo Nation Reservation.  My residence is 15 miles from a paved road.

5.    I am a fluent Navajo language speaker.

6.    I am not registered to vote in Federal, State, and County elections.

7.    I attempted on several occasions to register and never received the forms to do so.

8.    I do not receive mail at my home.

9.    I receive mail at a post office located 35 miles from my home.  This post office is open M-F

10.   I would register to vote if I could register in person with an election official so that I could ask questions about the voter registration process.

11.   It is a financial burden for me to travel to St. Johns, Arizona.

12.   It is a financial burden for me to travel to Fort Defiance, Arizona or to Chinle, Arizona.

13.   I do not have the same access to voting as other Arizona citizens.

14.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2018.

_____
(signature)

Bonnie Tsosie
(printed name)

2270140.v1

1

Exhibit 8

Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Andrew M. Sniegowski (#031664)
Lindsay Short (#034125)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
E-Mail: bwjohnson@swlaw.com
        cahler@swlaw.com
        asniegowski@swlaw.com
        lshort@swlaw.com
Attorneys for Plaintiffs

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MARICOPA COUNTY REPUBLICAN PARTY, et al., <br> Plaintiffs, <br> v. <br> MICHELE REAGAN, in her official capacity as Arizona Secretary of State, et al., <br> Defendants. | No. CV2018-013963 <br><br> **PARTIES' JOINT STIPULATED FACTUAL STATEMENT** <br><br> (***Assigned to Hon. Margaret Mahoney***) |

The parties submit the following joint stipulated facts[1] regarding the counties' early ballot "cure" processes:

1.      Apache County: The Apache County Recorder allows curing until 5:00 p.m. on Friday, November 9, 2018.

2.      Cochise County: The Cochise County Recorder does not have a "cure" period for early ballots following the close of the polls on Tuesday, November 7, 2018, and has not "cured" any such ballots since that time.

---

[1] At the time of filing, counsel for Defendants Apache, Cochise, Gila, Graham, Greenlee, La Paz, Maricopa, Mohave, and Pinal County Recorders, as well as Intervenor-Defendants Arizona Republican Party and Public Integrity Alliance, have not stipulated to the factual statements.

3.    Coconino County: The Coconino County Recorder notifies voters if their ballot signature differs from the signature on record and provides them the opportunity to affirm their signatures until Wednesday, November 14, 2018, as that is the same deadline for curing a conditional ballot.

4.    Gila County: The Gila County Recorder does not undertake any additional voter contact efforts after 7:00 p.m. on election day.

5.    La Paz County: The La Paz County Recorder discontinued "curing" as of 7:00 p.m. on election day and has not "cured" any such ballots since that time.

6.    Maricopa County: The Maricopa County Recorder notifies voters if their ballot signature differs from the signature on record and provides them the opportunity to affirm their signatures until Wednesday, November 14, 2018, as that is the same deadline for curing a conditional ballot.

7.    Navajo County: The Navajo County Recorder was engaging in efforts to "cure" early ballots that were timely submitted and had missing or deficient signatures, and had three such ballots "cured" prior to the initiation of these legal proceedings by the Republican Party. After the initiation of the lawsuit, the Navajo County Recorder ceased any further efforts to cure ballots waiting a determination from the Court as to how to proceed. At the present time, Navajo County has twenty-five (25) ballots that fit the category that is the subject of this lawsuit and which could potentially be cured. Navajo County has those twenty-five ballots segregated waiting upon a ruling from the Court.

8.    Pima County: The Pima County Recorder's Office has been contacting voters under the authority provided in the Election Procedures Manual since at least 2010. If the Recorder's Office does not believe that a signature on an early ballot affidavit matches the signature on file, the office will attempt to make phone calls and then send a letter advising the voter of the issue and asking them to contact the office if they are unable to reach the voter by phone. In 2016, the Pima County Recorder's Office began also sending emails and text messages as additional methods to contact voters. There is a high success rate in confirming signatures and in the last two elections, more than half of the signatures were

2

confirmed on the first attempted contact with the voter. The Friday after Election Day had been the deadline previously used. However, for the 2018 General Election, Saturday, November 10, 2018 was designated since such a large volume of early ballots were expected to be dropped off at polling locations and the Recorder's Office wanted to be certain to give every voter at least 24 hours to contact the office to confirm their signature. Since the office contacts voters who submit their early ballots prior to Election Day, the Pima County Recorder believes it appropriate to treat all voters the same, including those that legally drop their early ballot off at a polling location on Election Day.

9. Pinal County: For the mismatched signatures identified during the processing of early ballots, the recorder's office will attempt to contact the voter to verify the affidavit signature up to the time ballots are counted. It is anticipated this will go on until Friday, November 9th, 2018, at close of business. Once we cease processing ballots we will cease contacting voter with mismatched signatures.

10. Santa Cruz County: Santa Cruz County continues to make signature cure efforts until 5 pm on Friday, November, 9, 2018.

11. Yavapai County: The Yavapai County Recorder does not undertake any additional voter contact efforts after 7:00 p.m. on election day.

12. Yuma County: The Yuma County Recorder has not undertaken any additional voter contact efforts after 7:00 p.m. on election day, but will abide by and follow the decision rendered by the court in this matter.

The Graham, Greenlee, and Mohave County Recorders have not at this time provided a factual statement to which to stipulate.


DATED this 8th day of November, 2018.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

1  SNELL & WILMER L.L.P.

2

3  By: */s/ Brett W. Johnson*
       Brett W. Johnson (#021527)
4      One Arizona Center
       400 E. Van Buren, Suite 1900
5      Phoenix, Arizona 85004-2202
       Telephone: 602.382.6000
6      Facsimile: 602.382.6070
       Attorneys for Plaintiffs
7

8  ARIZONA ATTORNEY GENERAL'S OFFICE

9

10 By: */s/ Joseph LaRue (with permission)*
       Joseph La Rue
11     2005 N. Central Avenue
       Phoenix, AZ 85004
12     *Attorneys for Defendant Arizona Secretary Of State*

13 COCONINO COUNTY ATTORNEY'S OFFICE

14 By: */s/ Rose Winkeler (with permission)*
       Rose M. Winkeler
15     Senior Civil Deputy
       Coconino County Attorney's Office
16     110 E. Cherry Ave.
       Flagstaff, AZ 86001-4627
17     *Attorneys for the Coconino County Recorder*

18 NAVAJO COUNTY ATTORNEY'S OFFICE

19 By: */s/ Jason Moore (with permission)*
       Jason S. Moore
20     Deputy County Attorney
       Navajo County Attorney's Office
21     PO Box 668
       Holbrook, AZ 86025-0668
22     *Attorney for the Navajo County Recorder*

23

24 PIMA COUNTY ATTORNEY'S OFFICE

25 By: */s/ Daniel Jurkowitz (with signature)*
       Daniel Jurkowitz
26     Supervising Attorney
       Pima County Attorney's Office
27     32 N. Stone Ave., Ste. 2100
       Tucson, AZ 85701-1451
28     *Attorney for the Pima County Defendants*

4

SANTA CRUZ COUNTY ATTORNEY'S OFFICE

By: /s/ *Charlene Laplante (with permission)*
  Charlene A. Laplante
  Chief Civil Deputy
  Santa Cruz County Attorney's Office
  2150 N. Congress Drive
  Nogales, AZ 85621
  *Attorney for the Santa Cruz County Defendants*

YAVAPAI COUNTY ATTORNEY'S OFFICE

By: /s/ *Thomas Stoxen (with permission)*
  Thomas M. Stoxen
  Jessica Salem Sabo
  Yavapai County Attorney's Office
  255 E. Gurley St.
  Prescott, AZ 86301
  *Attorney for the Yavapai County Defendants*

YUMA COUNTY ATTORNEY'S OFFICE

By: /s/ *William J. Kerekes (with permission)*
  William J. Kerekes
  Deputy County Attorney
  Yuma County Attorney's Office
  250 W. 2nd Street, St. G
  Yuma, AZ 85364-2235
  *Attorney for the Yuma County Recorder*

PERKINS COIE LLP

By: /s/ *Sambo Dul (with permission)*
  Sambo Dul
  Sarah Gonski
  Perkins Coie LLP
  2901 North Central Avenue
  Phoenix, AZ 85012-2788
  Marc Erik Elias
  Perkins Coie LLP
  700 Thirteenth Street N.W., Suite 600
  Washington, D.C. 20005-3960
  *Attorneys for Intervenor-Defendant Arizona Democratic Party*

SCHARFF PLLC

By: /s/ *Spencer Scharff (with permission)*
  502 W. Roosevelt Street

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

Phoenix, Arizona 85003
(602) 739-4417
*Attorneys for Intervenor- Defendants League of*
*United Latin American Citizens of Arizona, League*
*of Women Voters of Arizona, and Arizona*
*Advocacy Network Foundation*

ORIGINAL of the foregoing filed with
Maricopa County Superior Court via AZ TurboCourt
This 8th day of November, 2018, and

COPY of the foregoing mailed and emailed
This 8th day of November, 2018, to:

Joseph La Rue
Arizona Attorney General's Office
2005 N. Central Ave.
Phoenix, AZ 85004
Joseph.larue@azag.gov
*Attorney for Defendant Secretary of State Michele Reagan*

William J. Kerekes
Deputy County Attorney
Yuma County Attorney's Office
250 W. 2nd Street, St. G
Yuma, AZ 85364
*Attorney for Defendant Robyn Stallworth Pouquette, Yuma County Recorder*

Britt W. Hanson
Deputy County Attorney
Cochise County Attorney's Office
PD Drawer CA
Bisbee, AZ 85603
*Attorney for Defendant David W. Stevens, Cochise County Recorder*

Christopher Keller
Craig Cameron
Deputy County Attorneys
Pinal County Attorney's Office
P.O. Box Florence, AZ 85132-0887
Chris.keller@pinalcountyaz.gov
Craig.cameron@pinalcountyaz.ogv
*Attorneys for Defendant Virginia Ross, Pinal County Recorder*

Ryan N. Dooley
Deputy County Attorney
La Paz County Attorney's Office
1316 S. Kofa Ave., Ste. 607
Parker, AZ 85344
gbuckelew@co.la-paz.az.us
*Attorney for Defendant Shelly Baker, La Paz County Recorder*

Jason S. Moore

1  Deputy County Attorney
   Navajo County Attorney's Office
2  P.O. Box 668 Holbrook, AZ 86025-0668
   Jason.moore@navajocountyaz.gov
3  *Attorney for Defendant Doris Clark, Navajo County Recorder*

4  Talia Offord
   Deputy County Attorney
5  Maricopa County Attorney's Office
   301 W. Jefferson Street
6  Phoenix, AZ 85003
   tofford@mcao.maricopa.gov
7  *Attorney for Defendant Adrian Fontes, Maricopa County Recorder*

8  Rose Winkeler
   Senior Civil Deputy
9  Coconino County Attorney's Office
   110 E. Cherry Ave.
10 Flagstaff, AZ 86001-4627
   rwinkeler@coconino.az.gov
11 *Attorney for Defendant Patty Hansen, Coconino County Recorder*

12 Daniel Jurkowitz
   Supervising Attorney
13 Pima County Attorney's Office
   32 N. Stone Ave. Ste. 2100
14 Tucson, AZ 85701-1451
   Daniel.jurkowitz@pcao.pima.gov
15 *Attorney for Defendant F. Ann Rodriguez, Pima County Recorder*

16 Charlene A. Laplante
   Chief Civil Deputy
17 Santa Cruz County Attorney's Office
   2150 N. Congress Drive
18 Nogales, AZ 85621
   claplante@santacruzcountyaz.gov
19 *Attorney for Defendant Suzanne Sainz, Santa Cruz County Recorder*

20 Thomas Stoxen
   Deputy County Attorney
21 Yavapai County Attorney's Office
   255 E. Gurley St.
22 Prescott, AZ 86301
   Thomas.stoxen@yavapai.us
23 *Attorney for Defendant Leslie M. Hoffman, Yavapai County Recorder*

24 Joseph Young
   Apache County Attorney's Office
25 P.O. Box 637
   St. Johns, AZ 85936
26 JYoung@apachelaw.net
   *Attorney for Defendant Edison J. Wauneka, Apache County Recorder*
27
   Jefferson Dalton
28 Gila County Attorney's Office

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

1400 E. Ash St.
Globe, AZ 85501
jdalton@gilacountyaz.gov
*Attorney for Defendant Sadie Jo Bingham, Gila County Recorder*

Graham County Attorney's Office
800 Main St.
Safford, AZ 85546
kangle@graham.az.gov
*Attorneys for Defendant Wendy John, Graham County Recorder*

Greenlee County Attorney's Office
P.O. Box 1717
Clifton, AZ 85533
jford@co.greenless.az.us
rgilliland@co.greenlee.az.us
*Attorneys for Defendant Berta Manuz, Greenlee County Recorder*

Ryan Esplin
Civil Deputy County Attorney
Mohave County Attorney's Office
315 N. 4th Street
Kingman, AZ 86401
Ryan.esplin@mohavecounty.us
*Attorney for Defendant Kristi Blair, Mohave County Recorder*

Sambo Dul
Sarah Gonski
Perkins Coie LLP
2901 North Central Avenue
Phoenix, AZ 85012-2788
SDul@perkinscoie.com
Sgonski@perkinscoie.com
Marc Erik Elias
Perkins Coie LLP
700 Thirteenth Street N.W., Suite 600
Washington, D.C. 20005-3960
MElias@perkinscoie.com
*Attorneys for Intervenor-Defendant Arizona Democratic Party*

Kory Langhofer
Thomas Basile
Statecraft PLLC
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
kory@statecraftlaw.com
tom@statecraftlaw.com
(602) 382-4078
*Attorneys for Intervenor-Defendants Arizona Republican Party and Public Integrity Alliance*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

8

Spencer G. Scharff
SCHARFF PLC
502 W. Roosevelt Street
Phoenix, Arizona 85003
(602) 739-4417
spencer@scharffplc.com

Danielle Lang
(CA Bar 304450)*
CAMPAIGN LEGAL CENTER
1411 K Street NW, Suite 1400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegalcenter.org

Kathleen E. Brody (Bar No. 026331)
Darrell L. Hill (Bar No. 030424)
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: 602-650-1854
kbrody@acluaz.org
dhill@acluaz.org

Julie A. Ebenstein*
(NY Bar 4619706)
AMERICAN CIVIL LIBERTIES
UNION
125 Broad Street, 17th Floor
New York, NY 98164
(212) 549-2500
jebenstein@aclu.org

*motions for admission *pro hac vice* forthcoming

*Attorneys for Intervenor- Defendants League of United Latin American Citizens of Arizona, League of Women Voters of Arizona, and Arizona Advocacy Network Foundation*

   */s/ Tracy Hobbs*
4819-2412-8634

Exhibit 9

*Delivered by E-mail to:* ewauneka@co.apache.az.us

August 8, 2018

Edison J. Wauneka
Apache County Recorder
75 West Cleveland
P.O. Box 425
St. Johns, Arizona 85936

RE: Satellite Voter Registration and Early Voting Offices on the Navajo Nation for the 2018 general election.

Dear Recorder Wauneka:

We write on behalf of the Navajo Nation to request that Apache County establish satellite voter registration offices on the Navajo Nation for the last 30 days of Arizona's voter registration period staffed by temporary county staff. We are happy to work with you to recruit Navajo tribal members to fill these staffing positions. In addition to the Chinle and Fort Defiance locations we request that satellite voter registration offices be established at the following locations on the dates and for the hours noted for each location:

- **Ganado Chapter House, Ganado, AZ:** September 10 to October 8, 2018; Monday through Friday, 8am to 5pm.
- **Na'ha'ta Dziil Chapter House, Sanders, AZ:** September 10 to October 8, 2018; Monday through Friday, 8am to 5pm.
- **Rock Point Chapter House, Rock Point, AZ:** September 10 to October 8, 2018; Monday through Friday, 8am to 5pm.
- **Teec Nos Pos Chapter House, Teec Nos Pos, AZ:** September 10 to October 8, 2018; Monday through Friday, 8am to 5pm.

We also request that Apache County establish satellite early voting offices on the Navajo Nation during the early voting period (from October 10 to November 2, 2018) staffed by temporary county staff. We are happy to work with you to recruit Navajo tribal members to fill these positions as well. We further request that these early voting offices allow for out-of-precinct voting as permitted under Arizona statute A.R.S. § 16-441(B)(4). In addition to the Chinle and Fort Defiance locations we suggest that satellite voter registration offices be established at the following locations on the dates and for the hours noted for each location:

- **Ganado Chapter House in Ganado, AZ:** October 10 to November 5, 2018; Monday through Friday, 8am to 5pm.
- **Na'ha'ta Dziil Chapter House in Sanders, AZ:** October 10 to November 5, 2018; Monday through Friday, 8am to 5pm.
- **Rock Point Chapter House in Rock Point, AZ:** October 10 to November 5, 2018; Monday through Friday, 8am to 5pm.
- **Teec Nos Pos Chapter House in Teec Nos Pos, AZ:** October 10 to November 5, 2018; Monday through Friday, 8am to 5pm.

We also request that, for all Election Day poll locations on the Navajo Nation, that you allow for out-of-precinct voting as permitted under Arizona statute A.R.S. § 16-441(B)(4).

Help America Vote Act (HAVA) funds are available to assist in offsetting costs associated with this request. Please let us know if we can assist you in securing these funds.

Thank you for your consideration of this request. Please let us know how you wish to handle this request by August 17, 2018 so that we may work with you to establish these satellite offices for the general election.

Sincerely,

Russell Begaye, President
The Navajo Nation

Ethel Branch, Attorney General
The Navajo Nation

cc:     Edbert Little, Navajo Election Administration Director
Dr. Joe Shirley, Jr. , Apache County Board of Supervisor, District I
Alton Joe Shepherd, Apache County Board of Supervisor, District II
Travis Simshauser, Apache County Board of Supervisor, District III
Michele Reagan, Arizona Secretary of State
Mark Brnovich, Attorney General of State of Arizona

Exhibit 10

**RUSSELL BEGAYE** PRESIDENT
**JONATHAN NEZ** VICE PRESIDENT

*Delivered by E-mail to:* phansen@coconino.az.gov

August 8, 2018

Patty Hansen
Coconino County Recorder
110 E. Cherry Ave.
Flagstaff, AZ 86001

RE: Satellite Voter Registration and Early Voting Offices on the Navajo Nation for the 2018 general election.

Dear Recorder Hansen:

We write on behalf of the Navajo Nation to request that Coconino County establish satellite voter registration offices on the Navajo Nation for the last 30 days of Arizona's voter registration period staffed by temporary County staff. We are happy to work with you to recruit Navajo tribal members to fill these staffing positions. In addition to the Tuba City location we request that satellite voter registration offices be established at the following locations on the dates and for the hours noted for each location:

- **Leupp Chapter House, Leupp, AZ:** September 10 to October 9, 2018; Monday through Friday, 8am to Noon.
- **Inscription House Chapter House, Inscription House AZ:** September 10 to October 9, 2018; Monday through Friday, 8am to Noon.
- **Cameron Chapter House, Cameron, AZ:** September 10 to October 9, 2018; Monday through Friday, 8am to Noon.

We also request that Coconino County establish satellite early voting offices on the Navajo Nation during the early voting period (from October 10 to November 2, 2018) staffed by temporary County staff. We are happy to work with you to recruit Navajo tribal members to fill these positions as well. We further request that these early voting offices allow for out-of-precinct voting as allowed under Arizona statute A.R.S. § 16-441(B)(4). In addition to the Tuba City location we request that satellite voter registration offices be established at the following locations on the dates and for the hours noted for each location:

- **Leupp Chapter House, Leupp, AZ:** October 10 to November 2, 2018; Monday through Friday, 8am to Noon.
- **Inscription House Chapter House, Inscription House AZ:** October 10 to November 2, 2018; Monday through Friday, 8am to Noon.

- **Cameron Chapter House, Cameron, AZ:** October 10 to November 2, 2018; Monday through Friday, 8am to Noon.

We also request that, for all Election Day poll locations on the Navajo Nation, you allow for out-of-precinct voting as permitted under Arizona statute A.R.S. § 16-441(B)(4).

Help America Vote Act (HAVA) funds are available to assist in offsetting costs associated with this request. Please let us know if we can assist you in securing these funds.

Thank you for your consideration of this request. Please let us know how you wish to handle this request by August 17, 2018 so that we may work with you to establish these satellite offices for the general election.

Sincerely,

Russell Begaye, President
The Navajo Nation

Ethel Branch, Attorney General
The Navajo Nation

cc:    Edbert Little, Navajo Election Administration Director
Art Babbott – Coconino County Board of Supervisor - District 1
Liz Archuleta – Coconino County Board of Supervisor - District 2
Matt Ryan – Coconino County Board of Supervisor - District 3
Jim Parks – Coconino County Board of Supervisor - District 4
Lena Fowler – Coconino County Board of Supervisor - District 5
Michele Reagan, Arizona Secretary of State
Mark Brnovich, Attorney General of State of Arizona

Exhibit 11



THE NAVAJO NATION

RUSSELL BEGAYE PRESIDENT
JONATHAN NEZ VICE PRESIDENT

*Delivered by E-mail to:* doris.clark@navajocountyaz.gov

August 8, 2018

Doris Clark
Navajo County Recorder
P.O. Box 668
100 East Code Talkers Drive
South Highway 77
Holbrook, AZ 86025

> RE: Satellite Voter Registration and Early Voting Offices on the Navajo Nation
> for the 2018 General Election

Dear Recorder Clark:

We write on behalf of the Navajo Nation to request that Navajo County establish satellite voter registration offices on the Navajo Nation for the last 30 days of Arizona's voter registration period staffed by temporary County staff. We are happy to work with you to recruit Navajo tribal members to fill these staffing positions. We request that these satellite voter registration offices be established at the following locations on the dates and for the hours noted for each location:

- **Bashas' at the Pinon Shopping Center, Pinon, AZ**: September 10 to October 9, 2018; Monday through Friday, 8am to 5pm.
- **Bashas' at the Kayenta Shopping Center, Kayenta, AZ**: September 10 to October 9, 2018; Monday through Friday, 8am to 5pm.
- **Bashas' at the Dilkon Shopping Center in Dilkon, AZ**: September 10 to October 9, 2018; Monday through Friday, 8am to 5pm.
- **Shonto Chapter House, Shonto, AZ**: September 10 to October 9, 2018; Monday through Friday 8am to 5pm.

We also request that Navajo County establish satellite early voting offices on the Navajo Nation during the early voting period (from October 10 to November 2, 2018) staffed by temporary County staff. We are happy to work with you to recruit Navajo tribal members to fill these positions as well. We request that the satellite early voting offices be established at the following locations and on the dates and for the hours noted for each location:

- **Bashas' at the Pinon Shopping Center, Pinon, AZ:** October 10 to November 2, 2018; Monday through Thursday, 8am to 5pm.
- **Bashas' at the Kayenta Shopping Center, Kayenta, AZ:** October 10 to November 2, 2018; Monday through Thursday, 8am to 5pm.
- **Bashas' at the Dilkon Shopping Center in Dilkon, AZ:** October 10 to November 2, 2018; Monday through Thursday, 8am to 5pm.
- **Shonto Chapter House, Shonto, AZ:** October 10 to November 2, 2018; Monday through Thursday, 8am to 5pm.

Help America Vote Act (HAVA) funds are available to help assist in offsetting costs associated with this request. Please let us know if we can assist you in securing these funds.

Thank you for your consideration of this request. Please let us know how you wish to handle this request by August 17, 2018 so that we may work with you to establish these satellite offices for the general election.

Sincerely,

Russell Begaye, President
The Navajo Nation

Ethel Branch, Attorney General
The Navajo Nation

cc:  Edbert Little, Navajo Election Administration Director
Lee Jack Sr., Navajo County Board of Supervisors – District 1
Jesse Thompson, Navajo County Board of Supervisors – District 2
Jason E. Whiting, Navajo County Board of Supervisors – District 3
Steve Williams, Navajo County Board of Supervisors – District 4
Dawnafe Whitesinger, Navajo County Board of Supervisors – District 5
Michele Reagan, Arizona Secretary of State
Mark Brnovich, Attorney General of State of Arizona

Exhibit 12



**Coconino County** ARIZONA

County Recorder



Patty Hansen
*County Recorder*

Donna Casner
*Chief Deputy*

August 20, 2018

Honorable Russell Begaye, President
Ethel Branch, Attorney General
The Navajo Nation
PO Box 7440
Window Rock, AZ 86515

Dear President Begaye and Attorney General Branch:

I am writing to you in response to your letter of August 8, 2018 requesting that our office establish satellite voter registration and early voting offices at three locations on the Navajo Nation. Your desire to provide additional voter registration and early voting opportunities for our Navajo citizens is commendable.

Coconino County recently signed an agreement with the U.S. Department of Justice (DOJ) which requires any new voter registration office, early voting office or polling location that is established after the effective date of the agreement completely comply with the accessibility standards of the Americans with Disabilities Act (ADA). As the agreement was just made earlier this year, the DOJ is allowing us to use facilities that are not in complete compliance for the August 28th Primary and November 6th General Elections. But that comes with the understanding that we will make the noncompliant locations meet the standards for the 2020 elections and that we would not add any new locations that are not in compliance for 2018. Thus, we cannot establish for this election cycle the locations you request.

Nonetheless, the County is looking forward to partnering with the Navajo Nation in 2019 to find a way we can bring our polling places into compliance for the 2020 elections.

In an effort to meet a portion of your request for expanding the voter registration opportunities for our Navajo Nation citizens, I'd like to offer to train the staff members at the three Chapter Houses to do voter registration for us. We have been proud to partner with the Navajo Election Administration during the past several years by having

our staff members at our Tuba City and Flagstaff Election Offices trained to be Navajo Nation voter registrars for the Navajo Nation elections. I know our offices were very busy registering Navajo Nation registrants, in addition to our own registrants, during the last week of voter registration for the upcoming August 28th Navajo Nation Primary Election. If you would like to have us train the Chapter House staff to do voter registration for us, please let me know who the correct people would be so we can schedule the training.

I'd like to share with you the early voting locations that are available to our Navajo voters. We have an Elections Office in Tuba City on Main Street in the basement of the Tuba City Library, open Monday through Friday from 8:00 am to 5:00 pm (Daylight Savings time) through November 14, 2018. We also have early voting available at the Page City Hall that is open Monday through Thursday, 7:00 am to 5:30 pm (Arizona time).

This year we were able to open a temporary Elections Office at the Flagstaff Mall on the east side of Flagstaff. It is open 10:00 am to 5:00 pm Monday through Friday until November 14, 2018. One of the reasons we wanted to open the Flagstaff Mall location was to make it more convenient for our Navajo voters. A large number of Navajo voters work and shop in Flagstaff so we are hopeful will make it easier for them to get to this office instead of having to travel to our downtown office.

Opening a temporary elections office at the Flagstaff Mall took a great deal of time, resources and planning. Elections security is something we take very seriously to ensure the integrity of our elections. We had to have our own internet network installed and put other security features put in place to ensure the voting equipment and ballots at the Flagstaff Mall office were secure. The Flagstaff Mall has 24-hour security onsite so that adds another level of security to that location.

You have requested that all of our Election Day polling locations allow for out-of-precinct voting. Unfortunately, we do not have the capability of having multiple-precinct voting for all of our polling places for the 2018 General Election. We will be purchasing new voting equipment in 2019 which would make this request possible for the 2020 elections.

For the 2018 elections we are able to have three vote centers. The vote centers are an additional option for voters that may find it more convenient than voting at their precinct-assigned polling place. Voters will be able to choose if they want to vote at their precinct-assigned polling place or vote at one of the vote centers. The three vote centers are: the Tuba City High School, Tuba City; the Flagstaff Mall; and the NAU Walkup Skydome, Flagstaff.

Your letter also mentioned that you are aware of Help America Vote Act (HAVA) funds that are available to offset costs for establishing satellite voter registration and early

voting sites. Our Secretary of State has told the County Recorders that all of our HAVA funds have been spent. The only new HAVA funds that I have heard are available are for cybersecurity for the state voter registration system and voting equipment. Secretary of State Reagan has implied that she is not going to make any these new funds available to the counties for our security needs. I would appreciate it if you would assist us in obtaining the HAVA funding that you mention in your letter.

I am looking forward to partnering with the Navajo Nation and the Navajo Chapter officials in our County during 2019 to expand voting opportunities and ensuring that all of polling places meet the ADA requirements. If you have any questions, please do not hesitate to contact me.

Sincerely,

Patty Hansen
Coconino County Recorder

cc:     Edbert Little, Navajo Election Administration Director
        Art Babbott, Coconino County Supervisor – District 1
        Elizabeth "Liz" Archuleta, Coconino County Supervisor – District 2
        Matt Ryan, Coconino County Supervisor – District 3
        Jim Parks, Coconino County Supervisor – District 4
        Lena Fowler, Coconino County Supervisor – District 5
        Michele Reagan, Arizona Secretary of State
        Mark Brnovich, Attorney General of State of Arizona
        Bill Ring, Coconino County Attorney
        James Jayne, Coconino County Manager

Exhibit 13



**MICHELE REAGAN**
*Secretary of State*
*State of Arizona*

August 23, 2018



The Honorable Russell Begaye, President
The Honorable Ethel Branch, Attorney General
The Navajo Nation
PO Box 7440
Window Rock, Arizona 86515

Dear President Begaye and General Branch:

I write in regards the letter you received from the Coconino County Recorder, dated August 20, 2018. In that letter it was indicated that the Secretary of State's Office was not going to make any Help America Vote Act ("HAVA") funds available to Arizona's counties to enhance their election security. That statement is incorrect.

The United States Congress passed the HAVA in 2002. From time to time the Congress has appropriated funds to the Election Assistance Commission for distribution to the states, in the form of matching grants, to advance the objectives of HAVA. Here in Arizona, the counties together with the Secretary of State's Office, initially focused most of this funding on acquiring new voting equipment. Subsequently, State and county election officials have used HAVA funding to maintain a single, statewide, electronic voter registration system. It is an accurate statement to say that all HAVA funding received by Arizona prior to 2018 has or will be exhausted by the end of FY19.

We take the reference in your letter to the Recorder of August 8, regarding the availability of HAVA funds to support the plans you articulated, to mean new Federal grant dollars. In March of this year the Congress did appropriate new HAVA funds and Arizona's share totals $7.4 million. As this is a grant program with a requirement for a five percent state contribution ($340,000) a total of $7.8 million in new dollars was available in Arizona's HAVA account at the end of the fiscal year.

Please be aware that *all* funds in the HAVA account are subject to State Legislative oversight and appropriation. Before the Secretary of State's Office may use any HAVA funds for any purpose it must submit a plan to the Joint Legislative Budget Committee ("JLBC") for their review, amendment and approval. In June of this year the Secretary of State presented JLBC with an initial spending plan for FY19. The approved spending plan authorized disbursing approximately $2 million to complete the acquisition of a new, much more secure, statewide voter registration system as well as approximately $400,000 for the Secretary's Office to undertake a comprehensive cyber risk and security assessment of the State's systems associated with voting. After that spending is complete there remains approximately $5 million in the

HAVA account. I expect, and I have told Arizona's counties, that most of this balance can and should be sent to counties to enhance their own election security needs.

A pending issue is how these funds should be allocated among the counties. If we were to allocate funding amongst counties according to their percentage of voters Maricopa and Pima would claim the bulk of the funds. Alternatively we could provide the funds to counties on a grant-type basis where those with the greatest need could receive somewhat more funds than those counties whose larger populations provide them with more funds already. The mechanism for distributing HAVA funds to the counties is a matter that county officials and I are continuing to discuss.

The Secretary of State provides the Federal Elections Assistance Commission with periodic reports concerning HAVA spending. A copy of the most recent report is enclosed. I think the key number is that there remains $5,080,335 left in the account. Spending any of these funds requires presentation of a plan to JLBC and their concurrence in the plan. I urge you to continue to work with the various county election officials that provide election services to the Nation to identify projects appropriate for the HAVA program that could benefit all voters in your communities.

Sincerely,

Michele Reagan

Michele Reagan
Secretary of State

Enclosure

cc:     Edbert Little, Navajo Election Administration Director
        Art Babbott, Supervisor District 1
        Elizabeth Archulette, Supervisor District 2
        Matt Ryan, Supervisor District 3
        Jim Parks, Supervisor District 4
        Lena Fowler, Supervisor District 5
        Mark Brnovich, Attorney General of Arizona
        Patti Hansen, Coconino County Recorder
        Bill Ring, Coconino County Attorney
        Jimmy Jayne, Coconino County Manager

# Arizona

## 2018 HAVA Election Security Funds



Michele Reagan
Arizona Secretary of State
1700 West Washington Street
7th Floor
Phoenix, Arizona 85007
Toll-Free : 1-877-THE VOTE
Office: 1-602-542-8683
Fax: 602-542-6172
Email: elections@azsos.gov
Website: www.azsos.gov

## Letter from Secretary Reagan

Election security and integrity have been the top priority for my administration and the hard work to update outdated systems has already begun. In November of 2017, a contract was issued to Sutherland Government Solutions, Inc. for the acquisition of a new statewide voter registration database ("AVID") that will replace our currently aging system ("VRAZII") on or before June 30, 2019. This new system will employ the most current security protocols. It will be hosted in the same environment that banks and the US Military maintain essential data. This shift maintains the highest level of integrity of the voter rolls in Arizona while still having the ability to grow as needs shift.

We live in a connected, albeit wireless, world. It's a world of great convenience but each new convenience creates new security risks and vulnerabilities. Arizona has utilized a portion of the new funding to undertake a comprehensive, industry standard evaluation of our entire IT network. Given that we are only as strong as our weakest link, we intend to release this wide ranging survey to the public to heighten their confidence in the results of any election.

Election security, regardless of the medium, is a culture that needs to be championed from the highest election official to the newest poll worker. Locally, the Department of State works closely with the fifteen counties of Arizona to help foster that culture of security. The human element is the largest unknown factor in any cyber security plan and providing ongoing training and forums for information sharing is a long-term goal. The bulk of Arizona's additional HAVA dollars will go towards training and process enhancement to further strengthen our culture of security.

Sincerely,

Michele Reagan

Michele Reagan
Arizona Secretary of State

## Grant Funding Information
Amount of Award: $7,463,675.
Matching Funds: $373,184
Timeframe for Usage: 5 years

## Immediate Improvement Plans

### Voter Registration Database

Arizona began the acquisition of a new statewide voter registration database which ended in the award of a contract in November of 2017. The contract was issued to Sutherland Government Solutions, Inc. for the acquisition of a new statewide voter registration database ("AVID") that will replace our currently aging system ("VRAZII") on or before June 30, 2019. We will be using the grant funds to finance the purchase (or implementation) of the new system. The RFP focused on correcting user and security issues found during a current state assessment and future state assessment based on use cases gathered. A comprehensive security assessment of the proposed system has resulted in approval from outside consultants and the Arizona Department of Administration Strategic Enterprise Technology team. While technology is ever changing, the new AVID system will be adapt enough to meet the current needs of our county users and registered voters while maintaining the most robust security protocols.

### Cyber Security

**Security Assessment**

The Arizona Secretary of State's Office has recently entered into an agreement to undergo an assessment of current IT infrastructure focusing on critical election systems. The deliverables include a public facing document (The Arizona Election Security Plan) that outlines best practices, engagement and training plans, and an incident response plan. The private facing document (STA Security Plan) will discuss remediation of found issues and an improvement plan that includes security controls and policies. The evaluation started on July 9, 2018 will be completed in mid-August and will provide a framework for future spending.

**Information Sharing**

The Department has begun the process of information sharing to help the fifteen counties of Arizona understand the multitude of security threats. Opening the communication channels and creating a culture of support is a vital task to ensure the same strong standards are used throughout the state. Bi-weekly meetings are led by experienced staff and include county election and recorder office staff as well as county IT personnel. Each call focuses on core issues that invoke discussion which produce best practices to be shared. The end goal of these meetings is to provide recommendations to election leadership on how to improve the process from ballot handling to IT infrastructure.

## Long Term Improvements

### Cyber Security

**Sub-Grants**

The Department is developing a new process, that will have significant county involvement, in deciding sub-grant awards within the framework of HAVA of 2002. This involvement includes the development of grant priorities, review of proposals, ongoing tracking, and ensuring completion of projects. The main focus of all sub-grants will be shoring up the security of elections. Each county in the state of Arizona is at different phases of IT and election security and by using a sub-grant process, each is allowed to focus on their individual needs while still allowing attention to oversight and guidance. A sub-grant process also allows for the combination of needs to generate buying power by leveraging quantity. It is also the hope that through the evaluation process, ideas and information is shared to create discussion points for the best practices of the state.

**Security Personnel**

The Department is in the process of creating a new position to the Secretary of State's Office that will be tasked with maintaining and understanding the state and county positions on elections security. There is a lot of information that is disseminated from the federal government down that this employee will help filter and distribute. The new position will work on best election security practices, hold roundtable exercises, lead the bi-weekly security updates, and be a resource for all of our stakeholders. Cybersecurity is a never ending mission that requires dedicated resources.

## Budgets

### JLBC Review Process

The Arizona Legislature requires that any spending of HAVA funds be approved by the Joint Legislative Budget Committee ("JLBC"). This process allows for a bi-partisan review and public comment on spending outside of the standard legislative cycle. On June 19, 2018, the Department presented a spending plan (Approved Spending Plan on page 5) and received favorable review. The Department plans on testifying before JLBC as more decisions are made in regards to spending of these funds throughout the 5 year spending cycle. In anticipation of the matching requirement, the Department has already started making preparations to spend 50% of the required match ($186,592) in fiscal year 2019 and the second half in fiscal year 2020. JLBC does not provide oversight, past the standard budgetary approval cycle, on general fund spending for the Department.

Approved Spending Plan

### 2018 HAVA ELECTION SECURITY GRANT

| Budget Information | | | | | | | | | CFDA #90.401 | | Non-Construction Program |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Name of Organization:** Arizona Department of State

**Budget Period Start:** 2/23/2018   SECTION A - BUDGET SUMMARY    *(Consolidated Budget for total project term—*
**Budget Period End:** 12/31/2018    FEDERAL & NON-FEDERAL FUNDS (Match)    *up to 5 years as defined by grantee)*

PROGRAM CATEGORIES

| BUDGET CATEGORIES | (a) Voting Equipment | (b) Election Auditing | (c) Voter Registration Systems | (d) Cyber Security | (e) Communications | (f) Other | (g) Other | TOTALS | % Fed Total |
|---|---|---|---|---|---|---|---|---|---|
| 1. PERSONNEL (including fringe) | $ - | $ - | | $ 39,915.60 | $ - | | | $ 39,915.60 | 2% |
| 2. EQUIPMENT | $ - | $ - | | $ - | $ - | | | $ - | 0% |
| 3. SUBGRANTS- to local voting jurisdictions | $ - | $ - | | $ - | $ - | | | $ - | 0% |
| 4. TRAINING | $ - | $ - | | $ - | $ - | | | $ - | 0% |
| 5. All OTHER COSTS | $ - | $ - | $ 2,165,936.03 | $ 380,000.00 | $ - | | | $ 2,545,936.03 | 98% |
| 6. TOTAL DIRECT COSTS (1-5) | $ - | $ - | $ 2,165,936.03 | $ 419,915.60 | $ - | $ - | $ - | $ 2,585,851.63 | |
| 7. INDIRECT COSTS (if applied) | | | | | | | | $ - | 0% |
| 8. Total Federal Budget | $ - | $ - | $ 2,165,936.03 | $ 419,915.60 | $ - | $ - | $ - | $ 2,585,851.63 | |
| 11. Non-Federal Match | $ - | $ - | $ 102,636.03 | | $ - | | | $ 102,636.03 | |
| 12. Total Program Budget | $ - | $ - | $ 2,268,572.06 | $ 419,915.60 | $ - | $ - | $ - | $ 2,688,487.66 | |
| 13. Percentage By Category | 0% | 0% | 84% | 16% | 0% | 0% | 0% | | |

**Proposed State Match** 4.0%

A. Do you have an Indirect Cost Rate Agreement approved by the Federal government or some other non-federal entity?   **No**
If yes, please provide the following information:

B. Period Covered by the Indirect Cost Rate Agreement (mm/dd/yyyy-mm/dd/yyy):   **N/A**

C. Approving Federal agency:   **N/A**

D. If other than Federal agency, please specify:   **N/A**

E. The Indirect Cost Rate is:   **N/A**

*Arizona: 2018 HAVA Election Security Funds*

## 5 Year Spending Projections

### 2018 HAVA ELECTION SECURITY GRANT

| Budget Information | | | | | | | | CFDA # 90.404 | Non-Construction Program |
|---|---|---|---|---|---|---|---|---|---|
| Name of Organization: | Arizona Department of State | | | | | | | | |
| Budget Period Start: | 3/23/2018 | SECTION A - | BUDGET SUMMARY | | | (Consolidated Budget for total project term-- | | | |
| Budget Period End: | 6/30/2023 | | FEDERAL & NON-FEDERAL FUNDS (Match) | | | up to 5 years as defined by grantee) | | | |

| | PROGRAM CATEGORIES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **BUDGET CATEGORIES** | (a) Voting Equipment | (b) Election Auditing | (c) Voter Registration Systems | (d) Cyber Security | (e) Communications | (f) Other | (g) Other | TOTALS | % Fed Total |
| 1. PERSONNEL (including fringe) | $ | $ | | $ 610,665.60 | $ | | | $ 610,665.60 | 8% |
| 2. EQUIPMENT | $ - | $ - | | $ 105,000.00 | $ - | | | $ 105,000.00 | 1% |
| 3. SUBGRANTS--to local voting jurisdictions | $ - | $ - | | $ 3,391,521.83 | $ - | | | $ 3,391,521.83 | 45% |
| 4. TRAINING | $ - | $ - | | $ 81,500.00 | $ - | | | $ 81,500.00 | 1% |
| 5. ALL OTHER COSTS | $ - | $ - | $ 2,653,887.57 | $ 621,100.00 | $ - | | | $ 3,274,987.57 | 44% |
| 6. TOTAL DIRECT COSTS (1-6) | $ | $ | $ 2,653,887.57 | $ 4,809,787.43 | $ | $ - | $ - | $ 7,463,675.00 | |
| 7. INDIRECT COSTS (if applied) | | | | | | | | $ - | 0% |
| 8. Total Federal Budget | $ | $ | $ 2,653,887.57 | $ 4,809,787.43 | $ | $ - | $ - | $ 7,463,675.00 | |
| 11. Non-Federal Match | $ - | $ - | $ 102,636.03 | $ 270,547.97 | $ - | | | $ 373,184.00 | |
| 12. Total Program Budget | $ | $ | $ 2,756,523.60 | $ 5,080,335.40 | $ | $ - | $ - | $ 7,836,859.00 | |
| 13. Percentage By Category | 0% | 0% | 35% | 64% | 0% | 0% | 0% | | |

**Proposed State Match**        5.0%

A. Do you have an Indirect Cost Rate Agreement approved by the Federal government or some other non-federal entity?
If yes, please provide the following information:        No

B. Period Covered by the Indirect Cost Rate Agreement (mm/dd/yyyy-mm/dd/yyyy):        N/A

C. Approving Federal agency:        N/A

D. If other than Federal agency, please specify:        N/A

E. The Indirect Cost Rate is:        N/A

Exhibit 14

100 E Code Talkers Dr.
Po Box 668
Holbrook, AZ 86025



Document Recording: (928) 524-4194
Voter Registration: (928) 524-4192
Fax: (928) 524-4308

**Doris Clark**
Navajo County Recorder

**Lilene Sanchez**
Navajo County Chief Deputy Recorder

Delivered by E-Mail to: mgarnenez@nndoj.org

September 10, 2018

Honorable Russell Begaye, President
Ethel Branch, Attorney General
The Navajo Nation
PO Box 7440
Window Rock, AZ 86515

Dear President Begay and Attorney General Branch:

This letter is in response to your request for satellite voter registration and early voting offices on the Navajo Nation for the 2018 General Election.

I apologize for the late reply we have been dealing with petition challenges, court proceedings in Phoenix the week before the Primary Election. We just canvassed the election on Thursday, Sept. 6th.

Thank you for your interest in the election process on the Navajo Nation. We have doubled our EV locations and have registration forms located at every chapter house with chapter personnel there to assist voters if they should need help.

To have early voting sites for days and weeks in a row, we would need a vault to secure the ballots. Ballot security is a priority to us.

I have enclosed our Early Voting schedule for the 2018 General Election. You may contact me at (928) 524-4191 or doris.clark@navajocountyaz.gov

Sincerely,

Doris Clark
Navajo County Recorder

We Are Navajo County



# NAVAJO COUNTY
# EARLY VOTING SITES
# 2018 NOVEMBER 06 GENERAL



| | | |
|---|---|---|
| Kayenta Flea Market (South of Chevron Gas Station Hwy 160) | Wednesday, October 10, 2018 | 10:00 am—3:00 pm (DST) |
| Dilkon Flea Market (West of Bashas NR 15) | Thursday October 11, 2018 | 10:00 am—3:00 pm (DST) |
| Pinon Bashas Shopping Center (NR 4 & NR 41) | Friday October 12, 2018 | 10:00 am—3:00 pm (DST) |
| Shonto Chapter House (South NR 6320 & NR 221) | Monday October 15, 2018 | 10:00 am—3:00 pm (DST) |
| Showlow (City Hall Conference Room) 180 n 9th St | Monday October 15th—October 19th 2018 | 10:00 am—3:00 pm (MST) |
| Heber (Mogollon Navajo County Complex) 2188 Country Club Dr | Tuesday October 16, 2018 | 10:00 am—3:00 pm (MST) |
| Hopi Elections Office (Junction of NR 2 & Hwy 264) | Thursday October 18, 2018 | 10:00 am—12:00 pm (MST) |
| Hopi Circle M Store (West of Hwy 264 in Polacca) | Thursday October 18, 2018 | 1:00 pm —3:00 pm (MST) |
| Kayenta Bashas Shopping Center (North on Hwy 160) | Friday October 19, 2018 | 10:00 am—3:00 pm (DST) |
| Pinon Flea Market (West of Pinon Chapter) | Saturday October 20, 2018 | 10:00 am—3:00 pm (DST) |
| Dilkon Flea Marker (West of Bashas NR 15) | Sunday October 21, 2018 | 10:00 am—3:00 pm (DST) |
| Shonto Chapter House (South of NR 6320 & NR 221) | Monday October 22, 2018 | 10:00 am—3:00 pm (DST) |
| Cibecue Community Center Parking Lot (West of Cromwell Rd) | Tuesday October 23, 2018 | 10:00 am—3:00 pm (MST) |
| Whiteriver Bashas Parking Lot (South Chief Ave & Ponderosa St) | Wednesday October 24, 2018 | 10:00 am—3:00 pm (MST) |
| Holbrook Recorders Office (100 E Code Talkers Drive) | Monday—Friday October 10 to November 02, 2018 | 8:00 am—5:00 pm (MST) |

Exhibit 15

**Early Voting Sites for the 2018 Primary and General Elections**

| Location | Early Ballot Precincts Voting At Location |
|---|---|
| Coconino County Elections Office<br>110 E Cherry Ave<br>Flagstaff, AZ<br>(Monday - Friday 8:00 am - 5:00 pm) | All Precincts |
| Coconino County Elections Office<br>Eastside Office – Flagstaff Mall<br>4650 N. US Highway 89<br>Next to JCPenney<br>Flagstaff, AZ 86004<br>(Monday – Friday 10:00 am – 5:00 pm) | All Precincts |
| Tuba City Elections Office<br>Basement of Tuba City Library<br>Tuba City, AZ<br>(Monday - Friday 8:00 am - 5:00 pm<br>Daylight Savings Time) | Bodaway 42, Cameron 43, Coppermine 47, Coalmine 48, Inscription House 61, Kaibeto 65, Lechee 67, Leupp 69, Moenkopi 70, Navajo Mountain 71, Tolani Lake 88, Tonalea 90, Tuba City Northeast 93, Tuba City Northwest 94 & Tuba City South 95 |
| Williams City Hall<br>113 S 1st St<br>Williams, AZ<br>(Monday - Thursday 7:30 am - 5:00 pm) | Kaibab North 64, Kaibab West 66, Parks 79, Williams Northside 98 & Williams Southside 99 |
| Sedona City Hall<br>102 Roadrunner Dr<br>Sedona, AZ<br>(Monday - Thursday 7:00 am - 6:00 pm) | Sedona North 82 & Sedona South 83 |
| Page City Hall<br>697 Vista Ave<br>Page, AZ<br>(Monday - Thursday 7:00 am - 5:30 pm) | Page Central 72, Page East 73, Page South 74, Page West 75, Lechee 67, Bodaway 42, Coppermine 47, Inscription House 61, Kaibeto 65 & Navajo Mountain 71 |
| Fredonia Town Hall<br>25 N Main St<br>Fredonia, AZ<br>(Monday - Thursday 7:30 am - 5:30 pm) | Fredonia 58 |
| Grand Canyon Schools<br>Superintendent's Office<br>Grand Canyon National Park<br>100 Boulder St<br>Grand Canyon, AZ<br>(Monday - Thursday 7:30 am – 5:00 pm) | Grand Canyon 59 & Tusayan 97 |

Exhibit 16





# APACHE COUNTY RECORDER'S OFFICE

## EARLY VOTING

**Monday-Thursday**
**6:30pm - 5:30pm**
**October 12th - November 4th, 2016**

ST. JOHNS RECORDER'S OFFICE
Office: (928) 337-7516
Office: (928) 337-7632
Toll Free 1 (800) 361-4402

**Monday-Thursday**
**7:00am - 5:30pm**
**October 12th - November 3rd, 2016**

CHINLE VOTER OUREACH OFFICE
Chinle District 1 Road Yard
Office: (928) 674-4597
Cell: (928) 321-0220

**Monday-Thursday**
**7:00am - 5:30pm**
**October 12th - November 3rd, 2016**

FT. DEFIANCE OUTREACH OFFICE
Ft. Defiance District 2 Road Yard
Office: (928) 729-2089
Cell: (928) 321-0222

## GENERAL ELECTION

Early Voting Begins:      October 12th, 2016

Ballots will be mailed    October 12th, 2016

Early Voting Ends:        November 7th, 2016

Election Day:             November 8th, 2016

All Early Ballots Must be turn into the Apache County Recorder's Office by 7pm on Election day and can also be dropped off at any Apache County Polling Place or in the Drop Box located at
Apache County Annex or the Springerville Annex