# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation, et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>Michele Reagan, et. al.,<br><br>              Defendants. | No. CV-18-08329-PCT-DWL<br><br>**[PROPOSED] ORDER** |

This Court, having considered the Parties' Joint Motion for a Temporary Stay of Proceedings ("Motion"), and for good cause, states:

**IT IS HEREBY ORDERED** that the Parties' Motion is **GRANTED.** This matter is stayed for 120 days from the date of this Order. In the event the Parties are unsuccessful in their settlement discussions as the 120 day deadline nears, the Parties shall file a joint status report and a proposed scheduling order with the Court no later than 5 days before the 120 day deadline. The proposed scheduling order will govern the conduct of the litigation going forward.

DATED this \_\_\_\_\_th day of December, 2018.

                                                      By: _____
                                                            Dominic W. Lanza
                                                            United States District Judge

2293760.v1