# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navajo Nation, et al., | No. CV-18-08329-PCT-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Michele Reagan, et al., | |
| Defendants. | |

**IT IS ORDERED** granting the Parties' Joint Motion for a Temporary Stay of Proceedings (Doc. 35).

**IT IS FURTHER ORDERED** that the above-captioned case is stayed until **May 2, 2019**.

**IT IS FURTHER ORDERED** that the Parties shall file a joint status report and proposed scheduling order by **April 26, 2019**.

Dated this 2nd day of January, 2019.

Dominic W. Lanza
United States District Judge