Patty A. Ferguson-Bohnee (AZ 020996)
Patty.Ferguson@SacksTierney.com
Judith M. Dworkin (AZ 010849)
Judith.Dworkin@SacksTierney.com
Joe W. Keene (AZ 032623)
Joe.Keene@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600

Paul Spruhan (NM 12513)
pspruhan@nndoj.org
Navajo Nation Dept. of Justice
P.O. Drawer 2010
Window Rock, Arizona 86515
Telephone: (928) 871-6210
Facsimile: (928) 871-6177
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation, et al., | No. CV-18-08329-PCT-DWL |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| Katie Hobbs, et al., | |
| Defendants. | |

Pursuant to this Court's January 2, 2019 Order, the Plaintiffs and Defendants ("Parties")[1], through their undersigned counsel, submit the following Joint Status Report

---

[1] Plaintiffs are the Navajo Nation, Joyce Nez, Denise Johnson, Ashley Atene Sr., Irene Roy, Bonnie Tsosie, and Dale Smith. Defendants are the Secretary of State Katie Hobbs, Apache County Recorder Edison J. Wauneka, Apache County Election Director Angela Romero, the Apache County Board of Supervisors, Chairman Alton Joe of the Apache County Board of Supervisors, Navajo County Recorder Doris Clark, Navajo County Elections Director Rayleen Richards, the Navajo County Board of Supervisors, Chairman Jesse Thompson of the Navajo County Board of Supervisors, Coconino County Elections Director Mark Mayrand, Coconino County Recorder Patty Hansen, the Coconino County Board of Supervisors, and Chairman Art Babbott of the Coconino County Board of Supervisors.

2389842.v3

and accompanying Motion for a Stay (Second Request) for an additional 100 days to allow for extended settlement negotiations.

Regarding the history of this case, on November 20, 2018, Plaintiffs filed *Navajo Nation et al., v. Regan et al.,* CV18-08329, in the Federal District Court in Arizona ("Court) on behalf of Navajo voters against the Arizona Secretary of State and officials from Apache, Coconino, and Navajo Counties. The lawsuit requested a temporary restraining order ("TRO") and permanent injunctive relief alleging violations of the Voting Rights Act and constitutional violations of the First and Fourteenth Amendments. The claims included unequal access to early voting, unequal access to voter registration, lack of opportunity to cure early ballots, and ineffective language assistance. Plaintiffs amended their complaint on December 11, 2018 (Doc. 29). On December 24, 2018, the Parties filed a Joint Motion for a Temporary Stay of Proceedings (Doc. 35) to allow for settlement discussions. On January 2, 2019, the Court issued an Order granting the Parties' Joint Motion (Doc. 36).

Regarding this Joint Status Report on the settlement negotiations, the Parties inform the Court that settlement negotiations have been productive and a potential settlement for this case is foreseeable.[2] The Parties have been working on a settlement with communications through phone calls, emails, and have had in-person meetings at the Navajo Nation Attorney General's Office in Window Rock, Arizona. The status of meetings and discussions between Plaintiffs and Defendants are outlined below.

1. The Navajo Nation and Navajo County have held two meetings, one on November 29, 2018 and one on January 7, 2019. Agreements have been reached on voter registration, early voting and language assistance.

2. The Navajo Nation and Coconino County met on December 13, 2018. No

---

[2] Because the Parties in this case are governments, settlement discussions were delayed due to subsequent elections and changes in leadership. The Navajo Nation filed a Notice of Withdrawal of Counsel on January 17, 2019 (Doc. 37) for outgoing Navajo Attorney General Ethel Branch, who is no longer Attorney General for the Navajo Nation. The Arizona Attorney General filed a Notice of Substitution of Defendant replacing outgoing Secretary of State Michelle Reagan with current Secretary of State Katie Hobbs (Doc. 39).

2

2389842.v3

agreement has yet been reached, but the parties are in discussions regarding voter registration, early voting, and language assistance. The Navajo Nation and Coconino County are hopeful that an agreement can be reached, but additional time is needed to determine specific details.

3.   The Navajo Nation and Apache County met on January 29, 2019. An agreement in principle has been reached on voter registration, early voting, and language assistance. Additional time is needed to review the proposed settlement terms.

4.   The Navajo Nation and the Secretary of State's attorneys have had two discussions, one on December 4, 2018 and a second on April 8, 2019. Discussions surround curing of unsigned early ballots and Navajo language translations. Additional time is needed to review the Navajo Nation's proposed settlement language.

5.   The issue of curing mismatched/inconsistent signatures on early ballot affidavits is moot. The Arizona Legislature passed SB 1054, to allow voters to cure inconsistent signatures. The Governor signed this bill on April 1, 2019.

6.   The issue of curing unsigned early ballot affidavits has not yet been resolved. The issue of unsigned early ballots was removed from SB 1054, and more time is needed for the parties to resolve this issue. The Counties' positions are dependent on the Secretary of State's position of agreeing to statewide application of curing options for early voters who fail to sign their early ballots. The parties are hopeful that this issue can be resolved.

The Parties are in continuous discussions regarding potential settlement language, and therefore, as set forth in the accompanying Motion, would like a 100-day extension to continue their settlement discussions. The Parties feel that engaging in litigation (i.e. discovery) at this time is unnecessary and respectfully request more time to potentially reach a final settlement.

In the event the Parties' settlement discussions breakdown and an agreement cannot be reached, the Parties will file a Notice with the Court and file a Proposed Scheduling Order within 10 days after their Notice.

3

2389842.v3

Respectfully submitted this 23rd day of April, 2019.

        SACKS TIERNEY P.A.

        By: *s/ Patty A. Ferguson-Bohnee*
           Patty A. Ferguson-Bohnee
           Judith M. Dworkin
           Joe Keene

           and

           Paul Spruhan
           NAVAJO NATION DEPARTMENT OF JUSTICE

           *Attorneys for the Plaintiffs*

Mark Brnovich
Attorney General

By: *s/ Joseph E. La Rue*
    Joseph E. La Rue
    Assistant Attorney General
    *Attorney for Defendant Arizona Secretary of State Katie Hobbs*

*s/ Jason S. Moore*
Jason S. Moore
Deputy County Attorney
*Attorneys for Doris Clark and Rayleen Richards*

WILLIAM P. RING
Coconino County Attorney

By: *s/ Rose Winkeler*
    Rose Winkeler
    Deputy County Attorney
    *Attorneys for Coconino County*

4

2389842.v3

# CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2019, I electronically transmitted the foregoing JOINT STATUS REPORT to the Clerk's Office using the CM/ECF System for filing.

*s/ Rebecca C. Urias*

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

5

2389842.v3

2389842.v3