# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation, et al., <br><br>          Plaintiffs, <br><br>  v. <br><br>Katie Hobbs, et. al., <br><br>          Defendants. | No. CV-18-08329-PCT-DWL <br><br>**[PROPOSED] ORDER** |

This Court, having considered the Parties' Joint Motion for a Temporary Stay of Proceedings, Second Request, ("Motion"), and for good cause, states:

**IT IS HEREBY ORDERED** that the Parties' Motion is **GRANTED.** This matter is stayed for 100 days from the date of this Order. In the event the Parties are unsuccessful in their settlement discussions as the 100-day deadline nears, the Parties shall file a Notice with the Court that settlement discussions are unsuccessful and shall then file within ten days of this Notice a proposed scheduling order. The proposed scheduling order will govern the conduct of the litigation going forward.

DATED this 23rd day of April, 2019.

                                                        By: _____
                                                            Dominic W. Lanza
                                                            United States District Judge