# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navajo Nation, et al., <br>     Plaintiffs, <br> v. <br> Michele Reagan, et al., <br>     Defendants. | No. CV-18-08329-PCT-DWL <br><br> **ORDER** |

**IT IS ORDERED** granting the Parties' Joint Motion for a Temporary Stay of Proceedings (Second Request) (Doc. 41).

**IT IS FURTHER ORDERED** that the above-captioned case is stayed until **August 12, 2019**.

**IT IS FURTHER ORDERED** that the Parties shall file a joint status report and proposed scheduling order by **August 5, 2019**.

**No further extension requests will be permitted.**

Dated this 29th day of April, 2019.

                                              Dominic W. Lanza <br>
                                            United States District Judge