# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation, et al., <br>                  Plaintiffs, <br>   v. <br> Katie Hobbs, et. al., <br>                  Defendants. | No. CV-18-08329-PCT-DWL <br><br> **[PROPOSED] ORDER** |

     Having reviewed and considered the Joint Status Report and Motion for Stay for a thirty day stay filed by the Parties, the Court finds good cause to grant an additional thirty day stay from August 12, 2019, and defer the requirement of filing a proposed scheduling order at this time.

     ACCORDINGLY, IT IS HEREBY ORDERED that the above-captioned case is stayed until **September 11, 2019.**

                                             DATED this ____ day of August, 2019.

                                             By: _____
                                                   Dominic W. Lanza
                                                   United States District Judge