Patty A. Ferguson-Bohnee (AZ 020996)
Patty.Ferguson@SacksTierney.com
Judith M. Dworkin (AZ 010849)
Judith.Dworkin@SacksTierney.com
Joe W. Keene (AZ 032623)
Joe.Keene@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600

Paul Spruhan (NM 12513)
pspruhan@nndoj.org
Navajo Nation Dept. of Justice
P.O. Drawer 2010
Window Rock, Arizona 86515
Telephone: (928) 871-6210
Facsimile: (928) 871-6177
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs, et. al.,<br><br>Defendants. | No. CV-18-08329-PCT-DWL<br><br>**JOINT NOTICE OF SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL WITH PROPOSED ORDER** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs (the Navajo Nation, Joyce Nez, Denise Johnson, Ashley Atene Sr., Irene Roy, Bonnie Tsosie, and Dale Smith), and Defendant Arizona Secretary of State Katie Hobbs ("Hobbs") (collectively, the "Parties"), notify the Court that the attached Settlement Agreement ("Agreement") has been reached regarding the Plaintiffs' claims against Defendant Hobbs. The Parties hereby stipulate to and request an order dismissing with prejudice the claims against Hobbs ("Proposed Order"), subject to the terms of the Agreement.

  The Parties' Agreement contemplates that this Court, through its Order, expressly

2479415.v1

retain jurisdiction to oversee compliance with the terms of the Agreement as authorized by the Supreme Court in *Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375 (1995). As explained by the Ninth Circuit Court of Appeals, "[i]f a district court wishes to retain jurisdiction to later enforce the terms of a settlement agreement, the order dismissing a case with prejudice must incorporate the terms of the settlement agreement or expressly retain jurisdiction." *Hajro v. U.S. Citizenship & Immigration Servs.,* 811 F.3d 1086, 1099 (9th Cir. 2016) (citing *Kokkonen*, 511 U.S. at 380-81).

The Parties respectfully request that the Court enter the Proposed Order filed concurrently herewith dismissing Plaintiffs' claims against Hobbs and retaining jurisdiction to resolve any and all disputes arising under or relating to the Agreement. The Parties further stipulate that each Party shall bear its own costs and attorneys' fees.

Respectfully submitted this 6th day of August, 2019.

                                        SACKS TIERNEY P.A.

                                        By: *s/ Patty A. Ferguson-Bohnee*
                                                Patty A. Ferguson-Bohnee
                                                Judith M. Dworkin
                                                Joe Keene

                                                and

                                                Paul Spruhan
                                                NAVAJO NATION DEPARTMENT OF
                                                JUSTICE
                                                *Attorneys for the Plaintiffs*

                                        Mark Brnovich
                                        Attorney General

                                        By: *s/ Joseph E. La Rue*
                                                Joseph E. La Rue
                                                Kara Karlson
                                                Assistant Attorneys General
                                                *Attorneys for Defendant Arizona Secretary of*
                                                *State Katie Hobbs*

2479415.v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically transmitted the foregoing JOINT NOTICE OF SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL WITH PROPOSED ORDER to the Clerk's Office using the CM/ECF System for filing.

*s/ Rebecca C. Urias*

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

3

2479415.v1

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

2479415.v1