# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>Katie Hobbs, et. al.,<br><br>            Defendants. | No. CV-18-08329-PCT-DWL<br><br>**[PROPOSED] ORDER** |

Having reviewed and considered the Settlement Agreement and Joint Stipulation of Dismissal filed by Plaintiffs and Defendant Arizona Secretary of State Katie Hobbs, the Court finds good cause to grant the Joint Stipulation of Dismissal.

ACCORDINGLY, IT IS HEREBY ORDERED that:

Plaintiffs' claims against Defendant Arizona Secretary of State Katie Hobbs are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of the Settlement Agreement and Joint Stipulation. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement, and to resolve any disputes arising under or relating to the Settlement Agreement.

DATED this \_\_\_\_ day of August, 2019.

By: _____
     Dominic W. Lanza
     United States District Judge