# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navajo Nation, et al., | No. CV-18-08329-PCT-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Michele Reagan, et al., | |
| Defendants. | |

**IT IS ORDERED** granting the Parties' Joint Motion for a Temporary Stay of Proceedings (Third Request) (Doc. 43).

**IT IS FURTHER ORDERED** that the above-captioned case is stayed until and through **September 11, 2019**.

**IT IS FURTHER ORDERED** that the stay will expire on September 12, 2019, and any Defendant then remaining in this action shall file an answer on that date. **No party shall file a fourth motion to stay**. Additionally, all remaining Parties shall file a joint proposed scheduling order on September 12, 2019.

Dated this 15th day of August, 2019.

Dominic W. Lanza
United States District Judge