1 Patty A. Ferguson-Bohnee (AZ 020996)
Patty.Ferguson@SacksTierney.com
2 Judith M. Dworkin (AZ 010849)
JJudith.Dworkin@SacksTierney.com
3 Joe W. Keene (AZ 032623)
Joe.Keene@sackstierney.com
4 SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
5 Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
6
Paul Spruhan (NM 12513)
7 pspruhan@nndoj.org
Navajo Nation Dept. of Justice
8 P.O. Drawer 2010
Window Rock, Arizona 86515
9 Telephone: (928) 871-6210
Facsimile: (928) 871-6177
10 Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Katie Hobbs, et al.,<br><br>　　　　　Defendants. | No. CV-18-08329-PCT-DWL<br><br>**JOINT SECOND MEMORANDUM REGARDING RETENTION OF JURISDICTION** |

Pursuant to this Court's August 22, 2019 Order (Doc. 49) ("Order"), the Plaintiffs (the Navajo Nation and individual Navajo Nation members) and Defendant Arizona Secretary of State Katie Hobbs (collectively the "Parties"), submit this Joint Memorandum addressing the issues raised in the Order.

**1. The Parties request retention of jurisdiction over the curing process.**

In the Order, the Court stated that it "is willing to retain jurisdiction concerning the first obligation because it is a one-time obligation the Secretary of State must perform at least 90 days before the next election." Order at 2. The Court then asks the Parties to "confirm that the Secretary's obligation is limited to including the proposed language in the *draft* version

2498630.v3

of the next Elections Procedure Manual, not guaranteeing that it appears in the *final* version of the next Elections Procedure Manual." *Id.* (emphasis in original).

The Parties confirm that under the Settlement Agreement, the Secretary's obligation is to include language in the Draft Election Procedures Manual and not the final version of the Election Procedures Manual. *See* Settlement Agreement at 3 ("The Secretary shall cause language to be included in the next Draft Elections Procedures Manual . . . ."). As the Court pointed out in its Order, on page 4 of the Settlement Agreement, it states that the "Plaintiffs understand and acknowledge that the Secretary cannot, by herself, enact a new Elections Procedures Manual," and the "Governor and Attorney General must give their approval to the draft manual before the Secretary can issue it as the Elections Procedures Manual." Settlement Agreement at 4.

## 2. The Parties withdraw their request for the Court to retain jurisdiction over the Navajo-language translation of the Publicity Pamphlet.

Having met and conferred over this issue, the Parties seek to withdraw their request for the Court to retain jurisdiction over the obligation that the Secretary "continue to use certified Navajo translators to coordinate and make available the Navajo-language translation of ballot measure language in the Publicity Pamphlet." Order at 2 (quoting Settlement Agreement at 4). This request does not impact the Parties' duties or rights under the Settlement Agreement.

## CONCLUSION

For the reasons set forth herein, the Parties respectfully request that the Court only retain jurisdiction over Section 1 of the Settlement Agreement, the "Missing-Signature Cure Opportunity" section. The Parties have filed concurrently herewith a new Proposed Order dismissing this case with prejudice and only retaining jurisdiction over the Secretary's obligation to put new language in the draft Election Procedures Manual.

/ / /

/ / /

/ / /

2498630.v3

Respectfully submitted this 30th day of August, 2019.

By: *s/ Patty A. Ferguson-Bohnee*
Patty A. Ferguson-Bohnee
Judith M. Dworkin
Joe Keene

and

Paul Spruhan

NAVAJO NATION
DEPARTMENT OF JUSTICE

*Attorneys for the Plaintiffs*

By: *s/ Joseph E. La Rue with permission*
Joseph E. La Rue
Kara Karlson
Assistant Attorneys General

*Attorneys for Defendant*
*Arizona Secretary of State Katie Hobbs*

2498630.v3

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2019, I electronically transmitted the foregoing JOINT SECOND MEMORANDUM REGARDING RETENTION OF JURISDICTION to the Clerk's Office using the CM/ECF System for filing.

*s/ Rebecca C. Urias*

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

2498630.v3

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

2498630.v3