# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>Katie Hobbs, et. al.,<br><br>        Defendants. | No. CV-18-08329-PCT-DWL<br><br>**[PROPOSED] ORDER** |

Having reviewed and considered the Settlement Agreement (Doc. 44-2), Joint Stipulation of Dismissal (Doc. 44), Joint Memorandum Supporting the Retention of Jurisdiction (Doc. 47), and additional Joint Second Memorandum Regarding Retention of Jurisdiction (Doc. 50), filed by Plaintiffs and Defendant Arizona Secretary of State Katie Hobbs, the Court finds good cause to grant the Joint Stipulation of Dismissal.

ACCORDINGLY, IT IS HEREBY ORDERED that:

Plaintiffs' claims against Defendant Arizona Secretary of State Katie Hobbs are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of the Settlement Agreement and Joint Stipulation. The Court shall retain jurisdiction to enforce the term of the Settlement Agreement, Section 1, the "Missing-Signature Cure Opportunity" section, and to resolve any disputes arising under or relating to this specific section under the Settlement Agreement.

DATED this ____ day of August, 2019.


By: _____
     Dominic W. Lanza
     United States District Judge

2498894.v2