1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

9 Navajo Nation, et al.,                              No. CV-18-08329-PCT-DWL

10         Plaintiffs,                               **ORDER**

11 v.

12 Michele Reagan, et al.,

13         Defendants.

14

15         Having reviewed and considered the Settlement Agreement (Doc. 44-2), Joint

16 Stipulation of Dismissal (Doc. 44), Joint Memorandum Supporting the Retention of

17 Jurisdiction (Doc. 47), and additional Joint Second Memorandum Regarding Retention of

18 Jurisdiction (Doc. 50), filed by Plaintiffs and Defendant Arizona Secretary of State Katie

19 Hobbs, the Court finds good cause to grant the Joint Stipulation of Dismissal (Doc. 44).

20         Accordingly,

21         **IT IS ORDERED** that Plaintiffs' claims against Defendant Arizona Secretary of

22 State Katie Hobbs are dismissed with prejudice pursuant to Federal Rule of Civil

23 Procedure 41(a)(2) and the terms of the Settlement Agreement and Joint Stipulation. The

24 Court shall retain jurisdiction to enforce the term of the Settlement Agreement, Section 1,

25 the "Missing Signature Cure Opportunity" section, and to resolve any disputes arising

26 under or relating to this specific section under the Settlement Agreement.

27         Dated this 3rd day of September, 2019.

28

_____
Dominic W. Lanza
United States District Judge