**WILLIAM P. RING**
COCONINO COUNTY ATTORNEY
State Bar No. 012860
Rose Winkeler
Deputy County Attorney
State Bar No. 025023
110 E. Cherry Ave.
Flagstaff, Arizona 86001
(928) 679-8200
rwinkeler@coconino.az.gov
wring@coconino.az.gov
*Attorneys for Coconino County Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navajo Nation, et al., | Case No. CV-18-08329-PCT-DWL |
| Plaintiffs, | |
| v. | **COCONINO COUNTY'S NOTICE OF SUBSTITUTION OF DEFENDANT** |
| Katie Hobbs, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN, that Defendant, Art Babbott in his official capacity as Chairperson of the Coconino County Board of Supervisors has been automatically

/ / /

/ / /

/ / /

1

substituted by the new Coconino County Board of Supervisors Chairperson, Lena Fowler, pursuant to Federal Rules of Civil Procedure 25(d).

DATED this 11<u>th</u> day of September, 2019.

                                           WILLIAM P. RING
                                         Coconino County Attorney

                                         /s/ Rose Winkeler
                                         Rose Winkeler
                                         Deputy County Attorney

**WILLIAM P. RING**
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11<u>th</u> day of September, 2019, I electronically filed and e-served, pursuant to F.R.C.P. 5(b)(2)(E) and LRCiv 5.5(h), all registered parties to this action the foregoing COCONINO COUNTY'S NOTICE OF SUBSTITUTION OF DEFENDANT using the CM/ECF court filing system.

By: /s/ Lea Echeverria

**WILLIAM P. RING**
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200