1  Patty A. Ferguson-Bohnee (AZ 020996)
   Patty.Ferguson@SacksTierney.com
2  Judith M. Dworkin (AZ 010849)
   Judith.Dworkin@SacksTierney.com
3  Joe W. Keene (AZ 032623)
   Joe.Keene@sackstierney.com
4  SACKS TIERNEY P.A.
   4250 N. Drinkwater Blvd., 4th Floor
5  Scottsdale, AZ 85251-3693
   Telephone: 480.425.2600

6  Paul Spruhan (NM 12513)
7  pspruhan@nndoj.org
   Navajo Nation Dept. of Justice
8  P.O. Drawer 2010
   Window Rock, Arizona 86515
9  Telephone: (928) 871-6210
   Facsimile: (928) 871-6177
10 Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation, et al., | No. CV-18-08329-PCT-DWL |
| Plaintiffs, | |
| v. | **JOINT NOTICE OF SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL WITH PROPOSED ORDER** |
| Katie Hobbs, et. al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs (the Navajo Nation, Joyce Nez, Denise Johnson, Ashley Atene Sr., Irene Roy, Bonnie Tsosie, and Dale Smith), and Coconino County Defendants County Recorder Patty Hansen, County Elections Director Thad Hall, the County Board of Supervisors, and the County Board of Supervisors Chairman Art Babbott (collectively, the "Parties"), notify the Court that the attached Settlement Agreement ("Agreement") has been reached regarding the Plaintiffs' claims against the Coconino County Defendants. The Parties hereby stipulate to and request an order dismissing with prejudice the claims against Defendants ("Proposed Order"), subject to the

2509997.v2

terms of the Agreement.

The Parties' Agreement contemplates that this Court, through its Order, expressly retain jurisdiction to oversee compliance over two sections of the Agreement, Section A and Section F, as authorized by the Supreme Court in *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1995). Under Section A, the "In-Person Early Voting Polling Places" section, the Defendants shall provide early voting locations on the Navajo Reservation. Under Section F, the "Curing Signatures" section, Defendants shall allow a voter to cure an unsigned ballot. These duties last for a period of three years, through the 2022 General Election, and the entire Agreement expires on December 31, 2022.[1] *See* Agreement, § R. The Parties agree that the provisions in the Agreement are fair, limited in scope, and reasonable, which warrants the Court retaining jurisdiction. *See United States v. Oregon*, 913 F.2d 576, 580 (9th Cir. 1990).

The Parties respectfully request that the Court enter the Proposed Order filed concurrently herewith dismissing Plaintiffs' claims against Defendants and retaining jurisdiction under Section A and Section F to resolve any and all disputes arising under these sections of the Agreement. The Parties further stipulate that each Party shall bear its own costs and attorneys' fees.

---

[1] Federal courts have the power to retain jurisdiction "over a number of years" following a dismissal order. *See Brass Smith, LLC v. RPI Indus., Inc.*, 827 F. Supp. 2d 377, 383 (D.N.J. 2011).

2509997.v2

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

Respectfully submitted this 11th day of September, 2019.

                SACKS TIERNEY P.A.

                By: *s/ Patty A. Ferguson-Bohnee*
                    Patty A. Ferguson-Bohnee
                    Judith M. Dworkin
                    Joe Keene

                    and

                    Paul Spruhan
                    NAVAJO NATION DEPARTMENT OF JUSTICE

                    *Attorneys for the Plaintiffs*

William P. Ring
Coconino County Attorney

By: *s/ Rose Winkeler*
     Rose Winkeler
     Deputy County Attorney
     *Attorneys for Coconino County Officials*

3

2509997.v2

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2019, I electronically transmitted the foregoing JOINT NOTICE OF SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL WITH PROPOSED ORDER to the Clerk's Office using the CM/ECF System for filing.

*s/ Rebecca C. Urias*

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

2509997.v2

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

2509997.v2