# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>Katie Hobbs, et. al.,<br><br>        Defendants. | No. CV-18-08329-PCT-DWL<br><br>**[PROPOSED] ORDER** |

Having reviewed and considered the Settlement Agreement (Doc. 55-2) and Joint Stipulation of Dismissal (Doc. 55), filed by the Plaintiffs and the Coconino County Defendants (Recorder Hansen, Elections Director Hall, Board of Supervisors, and Board of Supervisors Chairman Babbott), the Court finds good cause to grant the Joint Stipulation of Dismissal.

ACCORDINGLY, IT IS HEREBY ORDERED that:

Plaintiffs' claims against the Coconino County Defendants are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of the Settlement Agreement and Joint Stipulation. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement, Section A, the "In-Person Early Voting Polling Places" section, and Section F, the "Curing Signatures" section, and to resolve any disputes arising under or relating to these specific sections under the Settlement Agreement.

DATED this \_\_\_\_ day of September, 2019.

                                   By: _____
                                           Dominic W. Lanza
                                           United States District Judge