# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navajo Nation, et al., | No. CV-18-08329-PCT-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Michele Reagan, et al., | |
| Defendants. | |

**IT IS ORDERED** that the stipulation of dismissal (Doc. 55) filed by Plaintiffs and the Coconino County Defendants (Recorder Hansen, Elections Director Hall, Board of Supervisors, and Board of Supervisors Chairman Babbott) is **granted**.

Plaintiffs' claims against the Coconino County Defendants are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of the Settlement Agreement and Joint Stipulation. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement, Section A, the "In-Person Early Voting Polling Places" section, and Section F, the "Curing Signatures' section, and to resolve any disputes arising under or relating to these specific sections under the Settlement Agreement.

Dated this 12th day of September, 2019.

Dominic W. Lanza
United States District Judge