Patty A. Ferguson-Bohnee (SBN 020996)
Patty.Ferguson@SacksTierney.com
Judith M. Dworkin (SBN 010849)
Judith.Dworkin@SacksTierney.com
Joe W. Keene (SBN 032623)
Joe.Keene@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600

Paul Spruhan (NM12513)
pspruhan@nndoj.org
Navajo Nation Dept. of Justice
P.O. Drawer 2010
Window Rock, AZ 86515
Telephone: (928) 871-6210
Facsimile: (928) 871-6177
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation, et al.,<br><br>  Plaintiff,<br><br>v.<br><br>Katie Hobbs, et al.,<br><br>  Defendant. | No. CV-18-08329-PCT-DWL<br><br>**JOINT NOTICE OF SETTLEMENT AGREEMENT AND STIPULATION WITH PROPOSED ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs (the Navajo Nation, Joyce Nez, Denise Johnson, Ashley Atene Sr., Irene Roy, Bonnie Tsosie, and Dale Smith), and Apache County Defendants County Recorder Edison J. Wauneka, County Elections Director Angela Romero, the County Board of Supervisors, and the County Board of Supervisors Chairman Alton Joe Shepherd (collectively, the "Parties"), notify the Court that the attached Settlement Agreement ("Agreement") has been reached regarding the Plaintiffs' claims against the Apache County Defendants. The Parties hereby

stipulate to and request an order dismissing with prejudice the claims against Defendants ("Proposed Order"), subject to the terms of the Agreement.

The Parties' Agreement contemplates that this Court, through its Order, expressly retain jurisdiction to oversee compliance over the Agreement, as authorized by the Supreme Court in *Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375 (1995). There are five duties under the Agreement. Under Section 1, the "In-Person Early Voting Polling Places" section, the Defendants shall provide additional early voting locations on the Navajo Reservation. Under Section 2, the "Voter Registration Plan" section, the Defendants shall develop a voter registration plan and provide this plan to the Navajo Nation. Under Section 3, the "Radio and Print Announcements" section, the Defendants shall provide timely radio and print advertisements on election topics. Under Section 4, the "Navajo Interpreters" section, the Defendants will continue to provide Navajo translators at each polling place and the Defendants will use a trained Navajo interpreter to train poll workers in the Navajo language. Under Section 5, the "Curing Signatures" section, the Defendants shall allow a voter to cure an unsigned ballot. The Parties are asking the Court to retain jurisdiction for a period of three years, from the effective date of the Agreement.[1] *See* Agreement, § 8. The Parties agree that the provisions in the Agreement are fair, limited in scope, and reasonable, which warrants the Court retaining jurisdiction. *See United States v. Oregon*, 913 F.2d 576, 580 (9th Cir. 1990).

The Parties respectfully request that the Court enter the Proposed Order filed concurrently herewith dismissing Plaintiffs' claims against Defendants and retaining jurisdiction under the Agreement to resolve any and all disputes arising under these sections of the Agreement. The Parties further stipulate that each Party shall bear its own costs and attorneys' fees.

---

[1] Federal courts have the power to retain jurisdiction "over a number of years" following a dismissal order. *See Brass Smith, LLC v. RPI Indus., Inc.*, 827 F. Supp. 2d 377, 383 (D.N.J. 2011).

2511692.v2

DATED this 12th day of September, 2019.

SACKS TIERNEY P.A.

By: *s/ Patty A. Ferguson-Bohnee*
Patty A. Ferguson-Bohnee
Judith M. Dworkin
Joe Keene

and

Paul Spruhan
NAVAJO NATION DEPARTMENT OF JUSTICE
*Attorneys for the Plaintiffs*


By: *s/ Joe Young*
Joe Young
Apache County Deputy County Attorney
*Attorneys for Apache County Defendants*

3

2511692.v2

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2019, I electronically transmitted the foregoing JOINT NOTICE OF SETTLEMENT AGREEMENT AND STIPULATION WITH PROPOSED ORDER to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

*s/ Rebecca C. Urias*

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

2511692.v2