# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>Katie Hobbs, et. al.,<br><br>    Defendants. | No. CV-18-08329-PCT-DWL<br><br>**[PROPOSED] ORDER** |

  IT IS ORDERED that the stipulation of dismissal (Doc. 58) filed by Plaintiffs and the Apache County Defendants (Recorder Wauneka, Elections Director Romero, Board of Supervisors, and Board of Supervisors Chairman Shepherd) is granted.

  Plaintiffs' claims against the Apache County Defendants are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of the Settlement Agreement and Joint Stipulation. The Court shall retain jurisdiction to enforce the terms of the Agreement for a period of three years from the date of this Order, and to resolve any disputes arising under or relating to these specific sections under the Settlement Agreement.

  DATED this _____ day of September, 2019.


            By: _____
               Dominic W. Lanza
               United States District Judge