Patty A. Ferguson-Bohnee (SBN 020996)
Patty.Ferguson@SacksTierney.com
Judith M. Dworkin (SBN 010849)
Judith.Dworkin@SacksTierney.com
Joe W. Keene (SBN 032623)
Joe.Keene@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600

Paul Spruhan (NM12513)
pspruhan@nndoj.org
Navajo Nation Dept. of Justice
P.O. Drawer 2010
Window Rock, AZ 86515
Telephone: (928) 871-6210
Facsimile: (928) 871-6177
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The Navajo Nation, et al., <br><br> Plaintiff, <br><br> v. <br><br> Katie Hobbs, et al., <br><br> Defendant. | No. CV-18-08329-PCT-DWL <br><br> **JOINT NOTICE OF SETTLEMENT AGREEMENT AND STIPULATION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs (the Navajo Nation, Joyce Nez, Denise Johnson, Ashley Atene Sr., Irene Roy, Bonnie Tsosie, and Dale Smith), and Navajo County Defendants (County Recorder Doris Clark, County Elections Director Rayleen Richards, the County Board of Supervisors, and the County Board of Supervisors Chairman Jesse Thompson) (collectively, the "Parties"), notify the Court that the attached Settlement Agreement ("Agreement") has been reached regarding the Plaintiffs' claims against the Navajo County Defendants. The Parties hereby stipulate

to and request an order dismissing with prejudice the claims against Defendants ("Proposed Order"), subject to the terms of the Agreement.

The Parties' Agreement contemplates that this Court, through its Order, expressly retain jurisdiction to oversee compliance over the Agreement, as authorized by the Supreme Court in *Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375 (1995). There are five duties under the Agreement. Under Section A, the "In-Person Early Voting Sites" section, the Navajo County Defendants shall establish early voting locations on the Navajo Reservation. Under Section B, the "Navajo Interpreters" section, the Navajo County Defendants (1) will continue to provide Navajo translators at each polling place and will continue to prepare an interpreter's guide for Navajo language interpreters, (2) will ensure that each polling place has an individual qualified to provide Navajo language assistance, and (3) will use a trained Navajo interpreter to train poll workers on election procedures and processes. Under Section C, the "Radio, Video, and Voter Registration Advertisements" section, the Navajo County Defendants shall (1) provide timely radio advertisements in the Navajo language on election topics, (2) provide video advertisements and distribute these advertisements to the Navajo Chapter Houses, and (3) provide voter registration information to newspapers, the Navajo Chapter Houses, and senior citizens' centers on the Navajo Reservation. Under Section D, the "Voter Registration Plan" section, the Navajo County Defendants will develop a voter registration plan in consultation with the Navajo Nation. Under Section E, the "Curing Signatures" section, the Navajo County Defendants will continue the practice of allowing a voter to cure an unsigned early ballot and will follow the provisions in the Election Procedures Manual regarding curing ballots after the closing of the polls. The Parties request that the Court retain jurisdiction over this Agreement, *see* Agreement, § G, through the 2022 General Election up until December 31, 2022, which is the duration of the Agreement.[1] *See* Agreement, § Q. The Parties agree that

---

[1] Federal courts have the power to retain jurisdiction "over a number of years" following a dismissal order. *See Brass Smith, LLC v. RPI Indus., Inc.*, 827 F. Supp. 2d 377, 383 (D.N.J. 2011).

2

2538319.v1

the provisions in the Agreement are fair, limited in scope, and reasonable, which warrants the Court retaining jurisdiction. *See United States v. Oregon*, 913 F.2d 576, 580 (9th Cir. 1990).

The Parties respectfully request that the Court enter the Proposed Order filed concurrently herewith dismissing Plaintiffs' claims against Defendants and retaining jurisdiction under the Agreement to resolve any and all disputes arising under these sections of the Agreement. The Parties further stipulate that each Party shall bear its own costs and attorneys' fees.

DATED this 10th day of October, 2019.

SACKS TIERNEY P.A.

By: *s/ Patty A. Ferguson-Bohnee*
Patty A. Ferguson-Bohnee
Judith M. Dworkin
Joe Keene

and

Paul Spruhan
NAVAJO NATION DEPARTMENT OF JUSTICE
*Attorneys for the Plaintiffs*

By: *s/ Jason Moore*
Jason Moore
Navajo County Deputy County Attorney
*Attorney for Navajo County Defendants*

3

2538319.v1

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2019, I electronically transmitted the foregoing JOINT NOTICE OF SETTLEMENT AGREEMENT AND STIPULATION TO DISMISS to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

*s/ Rebecca C. Urias*

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

2538319.v1