# SETTLEMENT AGREEMENT

The Navajo Nation, a federally recognized Indian Tribe; Joyce Nez, an individual; Denise Johnson, an individual; Ashley Atene, Sr., an individual; Irene Roy, an individual; Bonnie Tsosie, an individual; and Dale Smith, an individual (collectively, the "Plaintiffs"), enter into this Settlement Agreement (the "Agreement") with Navajo County Recorder Doris Clark, Navajo County Elections Director Rayleen Richards, the Navajo County Board of Supervisors, and the Navajo County Board of Supervisors Chairman Jesse Thompson (collectively, the "Navajo County Defendants").

## RECITALS

A. Plaintiff, the Navajo Nation, is a federally recognized Indian Tribe with a government-to-government relationship with the United States. The Navajo Reservation was established by the Treaty of 1868 and was thereafter expanded by successive executive orders. The Reservation consists of approximately 27,000 square miles of sovereign territory. The Reservation is located in Apache, Navajo, and Coconino counties in Arizona, and 8 counties in Utah and New Mexico. According to the 2010 census, the population of the Reservation is 173,667 of whom 101,835 live on the Arizona portion of the Reservation. The Navajo Nation has a voting age population of 67,252 living within the Arizona portion of the Reservation.

B. Plaintiffs, Joyce Nez, Ashley Atene, Sr., Dale Smith, Denise Johnson, Irene Roy, and Bonnie Tsosie, are enrolled members of the Navajo Nation.

C. Navajo County Defendant Doris Clark is the Recorder for Navajo County and may establish early voting locations in Navajo County pursuant to A.R.S. § 16-542(A).

D. Navajo County Defendant Rayleen Richards is the Elections Director for Navajo County and is in charge of conducting elections in Navajo County.

E. Navajo County Defendant, the Navajo County Board of Supervisors is the the duly elected governing body of Navajo County, a body politic, organized and existing under the laws of the State of Arizona. The Board of Supervisors is charged with the overall responsibility of the county election process, except for those functions designated by law to other elected officials.

F. Navajo County Defendant Jesse Thompson is the Chairman of the Navajo County Board of Supervisors.

G. On November 20, 2018, the Plaintiffs filed a lawsuit in the United States District Court, District of Arizona ("Court"), against the Navajo County Defendants and other defendants alleging that certain Arizona electoral practices violated the federal and state constitutions as well as the Voting Rights Act. That lawsuit is known as *The Navajo Nation, et al., v. Hobbs, et al.*, No. CV-18-08329-PCT-DWL (D. Ariz.) (the "Litigation"). The Plaintiffs filed an amended complaint on December 11, 2018.

H. The Plaintiffs filed this action to enforce to enforce the statutory guarantee of language assistance for limited-English proficient (LEP) Navajo voting-age citizens under Sections 2, 203, and 4(f)(4) of the Voting Rights Act, 52 U.S.C. § 10301 *et seq.*, and the voting guarantees of the Fourteenth Amendment to the United States

Constitution; to improve access to voter registration and early voting sites under Section 2 of the Voting Rights Act and the Fourteenth Amendment to the United States Constitution; to enforce the guarantees of due process and equal protection under the First and Fourteenth Amendments to the United States Constitution in order to allow early voters to cure missing signatures; and to obtain injunctive and declaratory relief. The Plaintiffs also claim that the alleged violations violate Article 2, Section 21 of the Arizona Constitution.

I. Navajo County is a covered jurisdiction under Section 203 of the Voting Rights Act for the Navajo language on the Navajo Reservation. Navajo County has not bailed out of from coverage under Section 203(d) of the Voting Rights Act, 52 U.S.C. § 10503(d).

J. On the Navajo Reservation, Navajo voters had limited access to in-person voter registration opportunities prior to the 2018 General Election and limited access to in-person early voting sites during the 2018 General Election.

K. The Navajo County Defendants deny that their prior practices, challenged in the Litigation, were unlawful.

L. The Navajo County Defendants desire to take actions to help remedy the concerns raised in the Litigation and these actions are intended to help Navajo Nation members effectively cast ballots in upcoming elections.

M. The Plaintiffs and the Navajo County Defendants (together, the "Parties") enter into this Agreement to resolve the Litigation. This resolution will allow the Parties

3

to avoid the expense of additional litigation and receive certainty as to the resolution of their dispute.

N.  WHEREFORE, for this and other valuable consideration, including the mutual promises and obligations of this Agreement, the Parties agree and covenant to the Terms and Conditions specified below.

## DEFINITIONS

1. "Early Voting" means the process as set forth in A.R.S. § 16-541 *et seq.*, which allows the establishment of on-site early voting locations under A.R.S. § 16-542(A).

2. "Elections Procedures Manual" means the manual the Secretary develops in consultation with county elections officials, which contains rules related to voter registration, voting, and the tabulation and storing of ballots. The Elections Procedures Manual has the force of law and is binding on county elections officials. *See* A.R.S. §16-452.

3. "General Election" shall mean the word as described in A.R.S. § 16-211, which states that "On the first Tuesday after the first Monday in November of every even-numbered year, a general election shall be held for the election of representatives in Congress, members of the legislature, and state, county and precinct officers whose terms expire at the end of the year in which the election is being held or in the following year."

4. "Primary Election" shall mean the word as described in A.R.S. § 16-201, which states that "On the tenth Tuesday prior to a general or special election at which candidates for public office are to be elected, a primary election shall be held."

2492815.v1

5. "Presidential Preference" shall mean the word as described in A.R.S. § 16-241 which provides that such election shall be held "each year in which the President of the United States is elected to give qualified electors the opportunity to express their preference for the presidential candidate of the political party indicated as their preference."

## TERMS AND CONDITIONS

### A. In-Person Early Voting Sites

The Navajo County Defendants shall:

1. Provide two weeks of Early Voting (Monday-Friday) prior to the General Election by opening early voting sites at the following locations on the Navajo Reservation, including during the lunch hours:

   a. Kayenta, Arizona;

   b. Dilkon, Arizona; and

   c. Pinon, Arizona.

2. Provide two days of Early Voting for both the Primary and General Elections by opening an early voting site at Shonto, Arizona.

### B. Navajo Interpreters

1. Navajo County will continue to provide Navajo translators at each polling place located on the Navajo Nation Reservation and will continue to prepare an interpreter's guide for Navajo language interpreters.

2. Navajo County will ensure that each early voting polling place has at least one individual designated and qualified to provide Navajo language assistance, and if there is a large turnout, provide additional language interpreters to assist voters.

3. Navajo County will use a trained Navajo interpreter to provide training to poll workers on elections, election procedures, the election process, and ballot translations in order to provide effective language assistance in the Navajo language to Navajo voters.

C. **Radio, Video, and Voter Registration Advertisements**

For each Presidential Preference, Primary Election, and General Election, the Navajo County Defendants shall:

1. Provide timely radio advertisements in the Navajo language on KTNN Radio 660 AM, on the following election-related information topics:

    a. Informing voters of voter registration locations and deadlines;

    b. Informing voters to look for early ballots in the mail;

    c. Informing voters of deadlines to mail early ballots;

    d. Reminding voters to sign the early ballot affidavit;

    e. Informing voters of early voting locations and hours; and

    f. Informing voters of Primary and General Election dates.

2. Provide a video advertisement on early voting procedures and distribute this video to the Navajo Chapter Houses located on the Navajo Reservation within the Navajo County boundaries.

2492815.v1

3. Provide voter registration information to newspapers, to the Navajo Chapter Houses and to senior citizens' centers serving voters who live on the Navajo Reservation within the Navajo County boundaries.

D. **Voter Registration Plan**

The Navajo County Defendants shall develop a voter registration plan for each election cycle, in consultation with the Navajo Nation, to identify events and locations that maximize voter registration efforts. Voter registration locations to be considered include flea markets, Chapter Houses, Navajo County JP Office in Kayenta, senior centers, food distribution sites, and at community events.

E. **Curing Signatures**

The Parties hereto understand that it has been the ongoing practice of Navajo County to allow the "cure" of an unsigned early ballot by having a representative of the Navajo County Recorder's Office contact the voter and offering that voter an opportunity to fix the deficiency by either a) coming into the Recorder's Office to sign the ballot; b) spoiling the unsigned early ballot and sending another ballot for the voter to vote; or c) spoiling the ballot and allowing the voter to vote at the polling place on election day. Navajo County will continue with that practice.

As to any unsigned early ballot that has not been cured by the close of the polls on election night, Navajo County agrees to support language in the Arizona Secretary of State's Procedures Manual that would allow a "cure" period for three to five days after the date of the election. The Parties understand that the Arizona Secretary of State has approved of a change in the Elections Procedures Manual that would allow such an

7

2492815.v1

additional cure period after the closing of the polls, and Navajo County agrees to follow the provisions of the Elections Procedures Manual that are adopted with regard to a "cure" period for any unsigned early ballots.

F.  **Dismissal of the Litigation**

The Parties shall request that the Court dismiss this case with prejudice. However, it is understood and agreed that this Agreement is expressly conditioned upon the Court retaining jurisdiction to enforce the terms of this Agreement, which shall also be incorporated into the Court's Order of Dismissal.

G.  **Retention of Jurisdiction**

The Court shall retain jurisdiction over this Agreement and shall enter such further relief as may be necessary for the effectuation of the terms of this Agreement.

H.  **Successors and Assigns**

This Agreement will be binding upon and inure to the benefit of the Parties and their respective heirs, representatives, successors, and assigns. The Navajo County Defendants will continue to be bound by all terms of this Agreement during the term of this Agreement, without regard to the individuals holding the different offices of Navajo County.

I.  **Intended Beneficiaries of the Agreement**

This Agreement is solely intended to be for the benefit of the Parties, their successors, and assigns. The Parties do not release any claims against any other person or entity. Each party and signatory to this Agreement represents that it freely and voluntarily enters in to this Agreement without any degree of duress or compulsion.

8
2492815.v1

J.  **Complete Agreement**

The Agreement constitutes the complete agreement between the Parties. This Agreement may not be amended except by written consent of the Parties.

K.  **Authority to Execute Agreement**

The undersigned represent and warrant that they are fully authorized to execute this Agreement on behalf of the persons and entities indicated below.

L.  **Counterpart Execution**

The Agreement may be executed in counterparts, each of which constitutes an original and all of which constitute one and the same Agreement.

M.  **Disclosure**

Both Parties consent to the other's disclosure of this Agreement, and information about this Agreement, to the public.

N.  **Severability**

If any terms of the Agreement is to any extent invalid for any reason, including illegality or conflict with applicable law or regulation, or is otherwise unenforceable, then: such particular term shall be excluded to the extent of such invalidity or unenforceability; all other terms of the Agreement shall remain in full force and effect; and, to the extent permitted and possible, the invalid or unenforceable term shall be deemed replaced by a term that is valid and enforceable and that comes closest to expressing the intention of such invalid or unenforceable term.

O.  **Attorneys' Fees and Costs.**

Each Party shall bear their own attorneys' fees and costs.

P.  **Effective Date.** The Agreement is effective on the date of signature of the last signatory to the Agreement, and supersedes all prior versions of the Agreement. Facsimiles of signatures shall constitute acceptable, binding signatures for purposes of the Agreement.

Q.  **Duration of the Agreement.** The duties and obligations under this Agreement shall be in place through the 2022 General Election, and this Agreement shall expire on December 31, 2022.

* * * **TWO SIGNATURE PAGES FOLLOW** * * *

**For the Navajo Nation:**

_____   __10/10/19_____
Attorney General Doreen McPaul    Date
Assistant Attorney General Paul Spruhan
Navajo Nation Dept. of Justice
P.O. Drawer 2010
Window Rock, Arizona 86515


**For the Individual Plaintiffs
Joyce Nez, Denise Johnson,
Ashley Atene, Sr., Irene Roy,
Bonnie Tsosie, and Dale Smith:**

_____   __10|10|19_____
Patty A. Ferguson-Bohnee         Date
Judith M. Dworkin
Joe W. Keene
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693

**FOR THE NAVAJO COUNTY RECORDER**

_____     10-8-2019
Doris Clark                         Date
Navajo County Recorder
100 East Code Talkers Drive
Holbrook, AZ 86025


**FOR THE NAVAJO COUNTY ELECTIONS DIRECTOR**

_____     10-8-19
Rayleen Richards                    Date
Navajo County Elections Director
100 East Code Talkers Drive
Holbrook, AZ 86025


**FOR THE NAVAJO COUNTY BOARD OF SUPERVISORS**

_____     10-8-19
Jesse Thompson, Supervisor District II   Date


**FOR THE CHAIRMAN OF THE NAVAJO COUNTY BOARD OF SUPERVISORS**

_____     10/8/2019
Chairwoman Dawnafe Whitesinger      Date
Navajo County Board of Supervisors
100 East Code Talkers Drive
Holbrook, AZ 86025