# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Navajo Nation, et al., <br>         Plaintiffs, <br> v. <br> Katie Hobbs, et. al., <br>         Defendants. | No. CV-18-08329-PCT-DWL <br><br> **[PROPOSED] ORDER** |

      IT IS ORDERED that the Stipulation of Dismissal (Doc. 63) filed by Plaintiffs and the Navajo County Defendants (Recorder Clark, Elections Director Richards, Board of Supervisors, and Board of Supervisors Chairman Thompson) is granted.

      Plaintiffs' claims against the Navajo County Defendants are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of the Settlement Agreement and Joint Stipulation. The Court shall retain jurisdiction to enforce the terms of the Agreement for a period up to December 31, 2022, and to resolve any disputes arising under or relating to the Settlement Agreement.

      DATED this \_\_\_\_ day of October, 2019.


                                      By: _____
                                               Dominic W. Lanza
                                               United States District Judge