# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navajo Nation, et al., | No. CV-18-08329-PCT-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Michele Reagan, et al., | |
| Defendants. | |

**IT IS ORDERED** that the parties' stipulation (Doc. 63) is granted. Plaintiffs' claims against the Navajo County Defendants (Recorder Clark, Elections Director Richards, Board of Supervisors, and Board of Supervisors Chairman Thompson) are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of the Settlement Agreement and Joint Stipulation. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and to resolve any disputes arising under or relating to the Settlement Agreement until December 31, 2022.

Dated this 11th day of October, 2019.

Dominic W. Lanza
United States District Judge