IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navajo Nation, et al., | No. CV-18-08329-PCT-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Michele Reagan, et al., | |
| Defendants. | |

**IT IS ORDERED** that the stipulation of dismissal (Doc. 58) filed by Plaintiffs and the Apache County Defendants (Recorder Wauneka, Elections Director Romero, Board of Supervisors, and Board of Supervisors Chairman Shepherd) is **granted**.

Plaintiffs' claims against the Apache County Defendants are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of the Settlement Agreement and Joint Stipulation. The Court shall retain jurisdiction for a period of three years from the date of this Order to enforce the terms of the Settlement Agreement and to resolve any disputes arising under or relating to the Settlement Agreement.

**IT IS FURTHER ORDERED** that, all parties having settled, the Clerk of Court is directed to enter judgment and terminate this action.

Dated this 16th day of October, 2019.

Dominic W. Lanza
United States District Judge