# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navajo Nation, et al., <br>     Plaintiffs, <br> v. <br> Michele Reagan, et al., <br>     Defendants. | NO. CV-18-08329-PCT-DWL <br><br> **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal, Plaintiffs' claims against the Apache County Defendants are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of the Settlement Agreement and Joint Stipulation.

                                          Brian D. Karth
                                          District Court Executive/Clerk of Court

October 17, 2019

                                          s/ S. Quinones
                                By   Deputy Clerk